**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Jonathan I. Gehrich

                        Plaintiff,

v.                                    Case No.: 1:12–cv–05510
                                          Honorable Gary Feinerman

CHASE BANK, USA, N.A.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 13, 2012:

      MINUTE entry before Honorable Gary Feinerman: Defendant's Unopposed Motion for extension of time [10] is granted. The date for Defendant to answer or otherwise plead to the complaint is extended to 9/13/2012. Notice of hearing set for 8/15/2012 [11] is stricken. The Initial Status Hearing set for 9/5/2012 is stricken and re–set for 10/3/2012 at 9:00 a.m. The time for filing an Initial Status Report is extended to 9/26/2012. Plaintiff's Motion to certify class [4] is denied for failure to comply with Local Rule 5.3(b). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.