IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A.,<br><br>      Defendants. | NO. 1:12-CV-5510<br><br>Honorable Gary Feinerman |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT IN EXCESS OF FIFTEEN PAGES**

  Plaintiffs Jonathan Gehrich, Robert Lund, Corey Goldstein, Paul Stemple, and Carrie Couser ("Plaintiffs") respectfully move the Court for leave to file Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement in excess of the 15-page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois ("Local Rule 7.1"). Specifically, Plaintiffs request leave to file a 27-page memorandum of points and authorities in support of their unopposed motion. Plaintiffs' memorandum comports with Local Rule 7.1's requirement that briefs in excess of 15 pages include a table of contents and table of authorities.

An enlargement of the page limitation is necessary to allow Plaintiffs to fully describe to the Court the substantive terms of the proposed settlement, the procedural history of the litigation, the settlement negotiations, and to address all of the legal factors supporting approval of the settlement and certification of a Settlement Class. Plaintiffs have not previously requested relief from the page limitation imposed by Local Rule 7.1.

RESPECTFULLY SUBMITTED AND DATED this 7th day of August, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC


By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@tmdwlaw.com
Michael D. Daudt, *Admitted Pro Hac Vice*
Email: mdaudt@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Alexander H. Burke
Email: aburke@burkelawllc.com
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

Syed Ali Saeed, *Admitted Pro Hac Vice*
Email: ali@sllawfirm.com
SAEED & LITTLE, LLP
1433 North Meridian Street, Suite 202
Indianapolis, Indiana 46202
Telephone: (317) 614-5741
Facsimile: (888) 422-3151

Gayle M Blatt
Email: gmb@cglaw.com
CASEY, GERRY, SCHENK, FRANCAVILLA
  BLATT & PENFIELD LLP
110 Laurel Street
San Diego, California 92101-1406
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Mark D. Ankcorn
Email: mark@ankcorn.com
ANKCORN LAW FIRM, PC
11622 El Camino Real, Suite 100
San Diego, California 92130
Telephone: (619) 870-0600
Facsimile: (619) 684-3541

Joshua B Swigart
Email: josh@westcoastlitigation.com
HYDE AND SWIGART
411 Camino Del Rio South, Suite 301
San Diego, California 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Matthew M. Loker
Email: ml@kazlg.com
KAZEROUNI LAW GROUP APC
2700 North Main Street Suite 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Seyed Abbas Kazerounian
Email: ak@kazlg.com
KAZEROUNI LAW GROUP APC
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Todd M Friedman
Email: tfriedman@attorneysforconsumers.com

                                        LAW OFFICES OF TODD M. FRIEDMAN PC
                                        369 South Doheny Drive, Suite 415
                                        Beverly Hills, California  90211
                                        Telephone:  (877) 206-4741
                                        Facsimile:  (866) 623-0228

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on August 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Kenneth Michael Kliebard
        Email: kkliebard@morganlewis.com
        Tedd Macrae Warden
        Email: twarden@morganlewis.com
        MORGAN LEWIS & BOCKIUS LLP
        77 West Wacker Drive
        Chicago, Illinois 60601-5094
        Telephone: (312) 324-1774
        Facsimile: (312) 324-1001

        Julia B. Strickland
        Email: jstrickland@stroock.com
        Lisa M. Simonetti
        Email: lsimonetti@stroock.com
        Arjun P. Rao
        Email: arao@stroock.com
        STROOCK & STROOCK & LAVAN LLP
        2029 Century Park East Suite 1600
        Los Angeles, California 90067-3086
        Telephone: (310) 556-5800
        Facsimile: (310) 556-5959

    *Attorneys for Defendants*

DATED this 7th day of August, 2014.

                TERRELL MARSHALL DAUDT & WILLIE PLLC

                By:   /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
                    Beth E. Terrell, *Admitted Pro Hac Vice*
                    Email: bterrell@tmdwlaw.com
                    936 North 34th Street, Suite 400
                    Seattle, Washington 98103-8869
                    Telephone: (206) 816-6603
                    Facsimile: (206) 350-3528

*Attorneys for Plaintiffs*