IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A.,<br><br>      Defendants. | NO. 1:12-CV-5510<br><br>Honorable Gary Feinerman |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**

  Plaintiffs respectfully request that the Court enter an order preliminarily approving the parties' proposed class settlement and approving conditional certification of the proposed "Settlement Class" in this matter. A draft order is attached to Plaintiffs' memorandum. *See* Ex. A to Memorandum (Settlement Agreement) at Exhibit E. In further support of this motion, Plaintiffs state:

  1. This is a Telephone Consumer Protection Act, 47 USC 227 case, alleging improper calls and text messages to cell phones.

  2. After multiple mediation sessions, the parties are pleased to notify the Court that they have reached a global class resolution of this matter.

3. Plaintiffs respectfully submit a memorandum in support of this motion, which includes a proposed order granting preliminary approval. *See* Memorandum, Ex. A (Settlement Agreement) at Exhibit E.

4. Defendants do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order preliminarily approving the parties' proposed class settlement and approving conditional certification of settlement class.

RESPECTFULLY SUBMITTED AND DATED this 7th day of August, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@tmdwlaw.com
Michael D. Daudt, *Admitted Pro Hac Vice*
Email: mdaudt@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Alexander H. Burke
Email: aburke@burkelawllc.com
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

Syed Ali Saeed, *Admitted Pro Hac Vice*
Email: ali@sllawfirm.com
SAEED & LITTLE, LLP
1433 North Meridian Street, Suite 202
Indianapolis, Indiana 46202
Telephone: (317) 614-5741
Facsimile: (888) 422-3151

Gayle M Blatt
Email: gmb@cglaw.com
CASEY, GERRY, SCHENK, FRANCAVILLA,
　BLATT & PENFIELD LLP
110 Laurel Street
San Diego, California  92101-1406
Telephone:  (619) 238-1811
Facsimile:  (619) 544-9232

Mark D. Ankcorn
Email: mark@ankcorn.com
ANKCORN LAW FIRM, PC
11622 El Camino Real, Suite 100
San Diego, California  92130
Telephone:  (619) 870-0600
Facsimile:  (619) 684-3541

Joshua B Swigart
Email: josh@westcoastlitigation.com
HYDE AND SWIGART
411 Camino Del Rio South, Suite 301
San Diego, California  92108-3551
Telephone:  (619) 233-7770
Facsimile:  (619) 297-1022

Matthew M. Loker
Email: ml@kazlg.com
KAZEROUNI LAW GROUP APC
2700 North Main Street Suite 1000
Santa Ana, California  92705
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523

Seyed Abbas Kazerounian
Email: ak@kazlg.com
KAZEROUNI LAW GROUP APC
245 Fischer Avenue, Suite D1
Costa Mesa, California  92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523

Todd M Friedman
Email: tfriedman@attorneysforconsumers.com

                LAW OFFICES OF TODD M. FRIEDMAN PC
                369 South Doheny Drive, Suite 415
                Beverly Hills, California 90211
                Telephone: (877) 206-4741
                Facsimile: (866) 623-0228

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on August 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kenneth Michael Kliebard
>Email: kkliebard@morganlewis.com
>Tedd Macrae Warden
>Email: twarden@morganlewis.com
>MORGAN LEWIS & BOCKIUS LLP
>77 West Wacker Drive
>Chicago, Illinois 60601-5094
>Telephone: (312) 324-1774
>Facsimile: (312) 324-1001
>
>Julia B. Strickland
>Email: jstrickland@stroock.com
>Lisa M. Simonetti
>Email: lsimonetti@stroock.com
>Arjun P. Rao
>Email: arao@stroock.com
>STROOCK & STROOCK & LAVAN LLP
>2029 Century Park East Suite 1600
>Los Angeles, California 90067-3086
>Telephone: (310) 556-5800
>Facsimile: (310) 556-5959

*Attorneys for Defendants*

DATED this 7th day of August, 2014.

>TERRELL MARSHALL DAUDT & WILLIE PLLC
>
>By:   /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
>Beth E. Terrell, *Admitted Pro Hac Vice*
>Email: bterrell@tmdwlaw.com
>936 North 34th Street, Suite 400
>Seattle, Washington 98103-8869
>Telephone: (206) 816-6603
>Facsimile: (206) 350-3528

*Attorneys for Plaintiffs*