Jonathan I. Gehrich, et al.
                              Plaintiff,

v.                                                  Case No.: 1:12–cv–05510
                                                     Honorable Gary Feinerman

Chase Bank USA, N.A., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2014:

       MINUTE entry before the Honorable Gary Feinerman:Application to appear pro hac vice [113] is granted. Attorney Abbas Kazerounian added as counsel for Carrie Couser and Paul Stemple. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.