IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gehrich, et al. | ) | |
|     Plaintiffs | ) | Case No:12 C 5510 |
| | ) | |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| Chase Bank, USA, N.A. | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

Status hearing held. Motion hearing held. For the reasons stated on the record, Plaintiffs' unopposed motion for preliminary approval of class action settlement and for conditional certification of settlement class [107] is granted. Enter preliminary order approving class action settlement, conditionally certifying settlement class, approving procedure and form of notice, and scheduling final approval hearing. Final approval hearing set for 3/19/2015 at 10:00 a.m. Plaintiff's motion to certify class [90] is denied without prejudice as moot.

(T:45)

Date:  Tuesday, August 12, 2014         /s/ Gary Feinerman
                                        United States District Court Judge