IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A.,<br><br>      Defendants. | NO. 1:12-CV-5510<br><br>Honorable Gary Feinerman |

## DECLARATION OF BETH E. TERRELL IN SUPPORT OF JOINT MEMORANDUM REGARDING CLASS SETTLEMENT'S COMPLIANCE WITH RECENT SEVENTH CIRCUIT CLASS ACTION SETTLEMENT AUTHORITY

  I, Beth E. Terrell, declare as follows:

  1. I am a member of the law firm of Terrell Marshall Daudt & Willie PLLC ("TMDW"), counsel of record for Plaintiff in this matter. I am admitted to practice before this Court pro hac vice and am a member in good standing of the bars of the States of Washington and California. I respectfully submit this declaration in support of the parties' Joint Memorandum Regarding Class Settlement's Compliance with Recent Seventh Circuit Class Action Settlement Authority. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

  2. Neither I nor anyone at my firm has a personal relationship with, or is related in any manner to, any of the class representatives in this matter.

3. GCG submits regular reports to counsel regarding the notice program that this Court approved. As of today's date, GCG reports that the email notice has had a success rate of 94%. GCG also reports that of the 4,670,946 notices mailed 346,106 were returned undeliverable. GCG has since resent 242,341. Thus, to date, it appears that the mailed notice has a success rate of 98%. These statistics likely will change as the notice program progresses and more notices are returned and resent, but so far it appears the notice program has been very successful.

4. GCG also reports that 103,562 Settlement Class members have submitted claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 3rd day of December, 2014.

    /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on December 3, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kenneth Michael Kliebard
>Email: kkliebard@morganlewis.com
>Tedd Macrae Warden
>Email: twarden@morganlewis.com
>MORGAN LEWIS & BOCKIUS LLP
>77 West Wacker Drive
>Chicago, Illinois  60601-5094
>Telephone:  (312) 324-1774
>Facsimile:  (312) 324-1001
>
>Julia B. Strickland
>Email: jstrickland@stroock.com
>Lisa M. Simonetti
>Email: lsimonetti@stroock.com
>Arjun P. Rao
>Email: arao@stroock.com
>Julieta Stepanyan
>Email:  jstepanyan@stroock.com
>STROOCK & STROOCK & LAVAN LLP
>2029 Century Park East Suite 1600
>Los Angeles, California 90067-3086
>Telephone:  (310) 556-5800
>Facsimile:  (310) 556-5959

*Attorneys for Defendants*

DATED this 3rd day of December, 2014.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*
Email:  bterrell@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869

*Attorneys for Plaintiffs*