IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A.,<br><br>       Defendants. | NO. 1:12-CV-5510<br><br>Honorable Gary Feinerman |

### PLAINTIFFS' MOTION TO WITHDRAW EXHIBITS FILED IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND TO SUBSTITUTE REDACTED EXHIBITS

  1. Pursuant to Local Rules 5.8 and 26.2 and Fed. R. Civ. P. 5.2, Plaintiffs Jonathan I. Gehrich, Robert Lund, Corey Goldstein, Paul Stemple, and Carrie Couser respectfully request that the Court permit Plaintiffs to withdraw Exhibits J and L to Class Counsel's Motion for an Award of Fees and Approval of Incentive Awards in Connection with the Settlement (Dkt. Nos. 129-10 and 129-12) and to substitute redacted versions (attached hereto as Exhibits 1 and 2). In support of this motion, Plaintiffs state:

  2. Class Counsel have filed a motion for an award of fees and approval of incentive awards in connection with the settlement reached in this class action lawsuit. (Dkt. 129.) In support of their motion, Class Counsel submitted two court orders from other cases that list

names and addresses of individuals who requested that they be excluded from the settlements reached in those cases.

3. Because these exhibits list home addresses of individuals who are not class members in this case, the exhibits must be redacted to block these personal identifiers. *See* Fed. R. Civ. P. 5.2.

WHEREFORE, Plaintiffs respectfully request that the Court permit Plaintiffs to withdraw Exhibits J and L to Class Counsel's fee petition (Dkt. Nos. 129-10 and 129-12 respectively) and file redacted versions attached hereto as Exhibits 1 and 2.

RESPECTFULLY SUBMITTED AND DATED this 12th day of January, 2015.

TERRELL MARSHALL DAUDT & WILLIE PLLC


By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@tmdwlaw.com
Michael D. Daudt, *Admitted Pro Hac Vice*
Email: mdaudt@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Alexander H. Burke
Email: aburke@burkelawllc.com
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

Syed Ali Saeed, *Admitted Pro Hac Vice*
Email: ali@sllawfirm.com
SAEED & LITTLE, LLP
1433 North Meridian Street, Suite 202
Indianapolis, Indiana 46202
Telephone: (317) 614-5741
Facsimile: (888) 422-3151

Gayle M Blatt, *Admitted Pro Hac Vice*
Email: gmb@cglaw.com
CASEY, GERRY, SCHENK, FRANCAVILLA,
　BLATT & PENFIELD LLP
110 Laurel Street
San Diego, California 92101-1406
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Mark D. Ankcorn
Email: mark@ankcorn.com
ANKCORN LAW FIRM, PC
11622 El Camino Real, Suite 100
San Diego, California 92130
Telephone: (619) 870-0600
Facsimile: (619) 684-3541

Joshua B Swigart, *Admitted Pro Hac Vice*
Email: josh@westcoastlitigation.com
HYDE AND SWIGART
411 Camino Del Rio South, Suite 301
San Diego, California 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Matthew M. Loker
Email: ml@kazlg.com
KAZEROUNI LAW GROUP APC
2700 North Main Street Suite 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Seyed Abbas Kazerounian, *Admitted Pro Hac Vice*
Email: ak@kazlg.com
KAZEROUNI LAW GROUP APC
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Todd M Friedman
Email: tfriedman@attorneysforconsumers.com
LAW OFFICES OF TODD M. FRIEDMAN PC
369 South Doheny Drive, Suite 415
Beverly Hills, California 90211
Telephone: (877) 206-4741
Facsimile: (866) 623-0228

*Attorneys for Plaintiffs*

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on January 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kenneth Michael Kliebard
>Email: kkliebard@morganlewis.com
>Tedd Macrae Warden
>Email: twarden@morganlewis.com
>MORGAN LEWIS & BOCKIUS LLP
>77 West Wacker Drive
>Chicago, Illinois 60601-5094
>Telephone: (312) 324-1774
>Facsimile: (312) 324-1001
>
>Julia B. Strickland
>Email: jstrickland@stroock.com
>Lisa M. Simonetti
>Email: lsimonetti@stroock.com
>Arjun P. Rao
>Email: arao@stroock.com
>Julieta Stepanyan
>Email: jstepanyan@stroock.com
>STROOCK & STROOCK & LAVAN LLP
>2029 Century Park East Suite 1600
>Los Angeles, California 90067-3086
>Telephone: (310) 556-5800
>Facsimile: (310) 556-5959

*Attorneys for Defendants*

DATED this 12th day of January, 2015.

>TERRELL MARSHALL DAUDT & WILLIE PLLC
>
>By:  /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
>    Beth E. Terrell, *Admitted Pro Hac Vice*
>    Email: bterrell@tmdwlaw.com
>    936 North 34th Street, Suite 300
>    Seattle, Washington 98103-8869

*Attorneys for Plaintiffs*