# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of Case Number: 1:12-CV-5510

Jonathan I. Gehrich, Robert Lund et.al
 Plaintiffs,,
v.
Chase Bank USA, NA and JPMorgan Chase Bank NA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kristina Lopez,
 OBJECTOR

| |
|---|
| NAME (Type or print)<br>C. Jeffrey Thut |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ C. Jeffrey Thut |
| FIRM<br>Roach, Johnston & Thut |
| STREET ADDRESS<br>516 N. Milwaukee Avenue |
| CITY/STATE/ZIP<br>Libertyville, IL 60048 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6188219 | TELEPHONE NUMBER<br>847-549-0600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ |