# EXHIBIT "1"

## DECLARATION OF KRISTINA LOPEZ

Kristina Lopez declares as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2. I reside at the following address:

    5701 Sandshell Drive, Apt. #1103
    Fort Worth, Texas 76137
    (817) 683-4272

3. The class definition in this case is as follows:

    "You are in the Settlement Class if, on or after July 1, 2008 through December 31, 2013, you received:

    (1) Collection Calls relating to a Chase credit card or bank account;

    (2) Automatic Alerts relating to a Chase credit card or bank account, and *you were the intended recipient of the communication*; or

    (3) Automatic Alerts relating to a Chase credit card or bank account, and *you were not the intended recipient of the communication*."

Based on this class definition, I am a member of the class. I filed a claim and my receipt for same is attached under Exhibit A. I have not excluded myself from this class.

4. On or about July 1, 2008 through December 31, 2013 I received collection calls regarding my Chase bank account, therefore I am a class member. On or about July, 2008 – August, 2009, I had a bank account with Chase. At the time I opened that account, I resided at a different address. My address then was: 2104 Adams Lane S., Azle, Texas 76020. When I resided at that address, I also had a different cell phone number. To the best of my recollection my cell phone number was (940) 527-4727.

5. It is this prior cell phone that I used as my prior contact telephone number for my Chase account and that was the number on which I received the automated telephone calls

described below.

6. During the time that I had my Chase bank account, I was a full time student. Because I did not have a full time job and was a full time student, I became overdrawn with my Chase bank account.

7. Starting sometime in July, 2008, to the best of my recollection, I started receiving automated telephone calls on my cell phone from Chase regarding my overdrawn bank account. These telephone calls were generally either to notify me that either I was overdrawn on my account, or that I owed a balance on that account.

8. From sometime in July, 2008 (when the calls began) through some time in August, 2009, I would conservatively state that I received at least one of these automated, unsolicited phone calls per week. I never consented to these phone calls. They were just made and they were automated. There was not a live person that called me on any of these occasions I am recollecting.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 4, 2015

By: _____
Kristina Lopez

2

# EXHIBIT "A"

# Gehrich TCPA Settlement

Thank you. You have successfully completed your Claim Form. Please record this information for your records.

Name: Kristina Lopez
Claim Number: 80016968
Control Number: 6560554696

Dated: 2015-02-04 12:32:30

[Print]

PRIVACY POLICY | ©2015 GCG | ALL RIGHTS RESERVED
CMH-IIS6