AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| JONATHAN I. GEHRICH, ET AL <br> *Plaintiff* <br> v. <br> CHASE BANK USA, ET AL. <br> *Defendant* | ) <br> ) <br> ) Case No. 12-cv-5510 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dawn Weaver and Susan House                                                                                           .

Date:  02/09/2015                                         /s/ Joseph Darrell Palmer
                                                                    *Attorney's signature*

                                                             Joseph Darrell Palmer
                                                         *Printed name and bar number*

                                                       Law Offices of Darrell Palmer PC
                                                       2244 Faraday Avenue, Suite 121
                                                            Carlsbad, CA 92008

                                                                      *Address*

                                                      darrell.palmer@palmerlegalteam.com
                                                                *E-mail address*

                                                                (858) 215-4064
                                                               *Telephone number*

                                                                (866) 583-8115
                                                                  *FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2015, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

      I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

      /s/ Joseph Darrell Palmer
      Joseph Darrell Palmer
      Attorney for Objectors