IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | No. 1:12-CV-5510<br><br>Honorable Gary Feinerman |

**JOINT MOTION TO EXTEND TIME TO FILE MOTION FOR
FINAL APPROVAL OF THE SETTLEMENT AND RESPONSES TO OBJECTIONS**

Plaintiffs, Robert Lund, Corey Goldstein, Paul Stemple, Carrie Couser, and Jonathan Gehrich (together, the "Plaintiffs"), on behalf of themselves and the Settlement Class, and Defendants, Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (together, "Chase" and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, respectfully jointly move the Court for an extension of time to file Plaintiffs' motion for final approval of the Settlement and the Parties' responses to objections to the Settlement in connection with the Court's consideration of the Settlement preliminarily approved by the Court on August 12, 2014 (Dkt. 117). In support hereof, the Parties state as follows:

1. On August 12, 2014, the Court entered an Order ("Preliminary Approval Order") preliminarily approving a class action settlement of all claims asserted in this litigation. (Dkt. 117.)

2. In its Preliminary Approval Order, the Court approved the Notice Plan (as that term is defined in the Settlement Agreement and Release) and appointed Garden City Group ("GCG") as the Claims Administrator. (Dkt. 117 ¶¶ 9-10.)

3. In addition, the Court set various deadlines, including a deadline of February 9, 2015 for Settlement Class Members to file objections to the Settlement and a deadline of March 5, 2015 for the Parties to file a motion for final approval of the Settlement and to respond to any objections to the Settlement. (Dkt. 117 ¶¶ 15, 27.) The Court also scheduled a final fairness hearing for March 19, 2015. (Dkt. 117 ¶ 27.)

4. GCG recently informed the Parties of a potential issue concerning implementation of the Notice Plan that the Parties are in the process of investigating and resolving. As a result, the Parties jointly request that the deadline for filing a motion for final approval of the Settlement and responses to objections to the Settlement (currently set for March 5, 2015) be extended until such further time as the Court deems necessary and appropriate based on the information that will be presented by the Parties at the hearing scheduled for this matter. Resolution of these issues likely will require delay of the final fairness hearing.

WHEREFORE, the Parties jointly request that the Court extend the time to file a motion for final approval of the Settlement and responses to objections to the Settlement until such further time as the Court deems necessary and appropriate based on the information that will be presented by the Parties at the hearing on this matter.

Respectfully submitted,

By: /s/ *Alexander H. Burke*
Alexander H. Burke
BURKE LAW OFFICES
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289
Email: aburke@burkelawllc.com

Syed Ali Saeed, Admitted *Pro Hac Vice*
SAEED & LITTLE, LLP
1433 North Meridian Street, Suite 202
Indianapolis, Indiana 46202
Telephone: (317) 614-5741
Facsimile: (888) 422-3151

Beth E. Terrell, Admitted *Pro Hac Vice*
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: bterrell@tmdwlaw.com

Joshua Swigart, *Pro Hac Vice* Pending
HYDE & SWIGART LLP
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian, Admitted *Pro Hac Vice*
KAZEROUNI LAW GROUP, APC
411 Camino Del Rio South, Suite 301
San Diego, California 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Todd Friedman, Illinois Bar No. 6276496
LAW OFFICE OF TODD FRIEDMAN
8730 Wilshire Blvd. #310
Beverly Hills, California 90211
Telephone: (888) 373-9672

Mark Ankcorn, N.D. Ill. General Bar No. 1159690
ANKCORN LAW FIRM, PC
11622 El Camino Real, Suite 100
Del Mar, California 92130
Telephone: (619) 870-0600

*Attorneys For Plaintiffs*

-and-

By: /s/ *Kenneth M. Kliebard*
Kenneth M. Kliebard
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 324-1000

Julia B. Strickland, Admitted *Pro Hac Vice*
Arjun P. Rao, Admitted *Pro Hac Vice*
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800

*Attorneys for Defendants JPMorgan Chase Bank, N.A.
and Chase Bank USA, N.A.*

- 4 -

## CERTIFICATE OF SERVICE

I, Kenneth M. Kliebard, an attorney, certify that I filed the foregoing **JOINT MOTION TO EXTEND TIME TO FILE MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AND RESPONSES TO OBJECTIONS TO THE SETTLEMENT** via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record, this 4th day of March, 2015.

s/ Kenneth M. Kliebard
Kenneth M. Kliebard