IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A.,<br><br>      Defendants. | NO. 1:12-CV-5510<br><br>Honorable Gary Feinerman |

## THIRD NOTICE OF MAILING

  PLEASE TAKE NOTICE that on March 23, 2015, a copy of this Court's March 23, 2015 Order rescheduling the March 25, 2015 status conference to April 9, 2015, was mailed to all individuals listed below at the addresses provided in their notices to the Court. Notice was also sent to the individuals below via email if an email address was provided. Street addresses for pro se litigants have been redacted:

  Tamiqueca Doyley
  c/o Christopher Perez-Gurri
  Alan G. Geffin
  GPG LAW
  101 NE 3rd Avenue, Suite 1110
  Ft. Lauderdale, Florida 33301
  Email: chris@gpglawfirm.com
  Email: alan@gpglawfirm.com

Tamiqueca Doyley
c/o Norman T. Finkel
Daniel E. Beederman
William R. Klein
SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC
222 S. Riverside Plaza, Suite 2100
Chicago, Illinois 60606
Email: norm.finkel@sfnr.com
Email: daniel.beederman@sfnr.com
Email: bill.klein@sfnr.com

Tamiqueca Doyley
c/o Daniel M. Samson
SAMSON APPELLATE LAW
201 S. Biscayne Boulevard, Suite 2700
Miami, Florida 33131
Email: dan@samsonappellatelaw.com

Kristina Lopez
c/o C. Jeffrey Thut
ROACH, JOLMSTON & THUT
516 N. Milwaukee Avenue
Libertyville, Illinois 60048
Email: jeff@roachjohnstonthut.com

Steve Purgahn
c/o Jonathan E. Fortman
LAW OFFICE OF JONATHAN
  E. FORTMAN, LLC
250 St. Catherine Street
Florissant, Missouri 63031
Email: jef@fortmanlaw.com

Steve Purgahn
c/o Steve A. Miller
STEVE A. MILLER, PC
1625 Larimer Street, No. 2905
Denver, Colorado 80202
Email: sampc01@gmail.com

Steve Purgahn
c/o John C. Kress
THE KRESS LAW FIRM, LLC
4247 S. Grand Blvd
St. Louis, Missouri 63111
Email: jckress@thekresslawfirm.com

Dawn Weaver
c/o Joseph Darrell Palmer
LAW OFFICES OF DARRELL PALMER PC
2244 Faraday Avenue, Suite 121
Carlsbad, California 92008
Email: darrell.palmer@palmerlegalteam.com

Susan House
c/o Joseph Darrell Palmer
LAW OFFICES OF DARRELL PALMER PC
2244 Faraday Avenue, Suite 121
Carlsbad, California 92008
Email: darrell.palmer@palmerlegalteam.com

David Schlagel
c/o John J. Pentz
19 Widow Rites Lane
Sudbury, Massachusetts 01776

Michael Narkin
█████████████████
Eugene, Oregon 97405

Sam P. Cannata
█████████████████
Cleveland, Ohio 44022

Cindy Bray
█████████████████
Springfield, Missouri 68504-3336

Nicholas Owen Gunden
ORVANDI PROPERTY OR LLC
█████████████████
Walnut, California 91789

David H. Pierce
DAVID H. PIERCE & ASSOCIATES, PC
███████████████

Sherman Oaks, California  91403-3501

Ken Murphy
███████████████

Denver, Colorado 80210

Maritza Cabrera
███████████████

Miami, Florida  33114-5395

David D. Dishman
███████████████

Swampscott, Massachusetts  01907

Dated at Seattle, Washington, this 23rd day of March, 2015.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:  /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*
Email:  bterrell@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on March 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kenneth Michael Kliebard
>Email: kkliebard@morganlewis.com
>Tedd Macrae Warden
>Email: twarden@morganlewis.com
>MORGAN LEWIS & BOCKIUS LLP
>77 West Wacker Drive
>Chicago, Illinois 60601-5094
>Telephone: (312) 324-1774
>Facsimile: (312) 324-1001
>
>Julia B. Strickland
>Email: jstrickland@stroock.com
>Lisa M. Simonetti
>Email: lsimonetti@stroock.com
>Arjun P. Rao
>Email: arao@stroock.com
>Julieta Stepanyan
>Email: jstepanyan@stroock.com
>STROOCK & STROOCK & LAVAN LLP
>2029 Century Park East Suite 1600
>Los Angeles, California 90067-3086
>Telephone: (310) 556-5800
>Facsimile: (310) 556-5959
>
>*Attorneys for Defendants*

Christopher Perez-Gurri, *Admitted Pro Hac Vice*
Email:  chris@gpglawfirm.com
Alan G. Geffin, *Admitted Pro Hac Vice*
Email:  alan@gpglawfirm.com
GPG LAW
101 NE 3rd Avenue, Suite 1110
Ft. Lauderdale, Florida  33301
Telephone:  (954) 533-5530
Facsimile:  (954) 374-6588

*Attorneys for Objector Tamiqueca Doyley*

Norman T. Finkel, #6183246
Email:  norm.finkel@sfnr.com
Daniel E. Beederman, #3121545
Email:  daniel.beederman@sfnr.com
William R. Klein, #6185715
Email:  bill.klein@sfnr.com
SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC
222 S. Riverside Plaza, Suite 2100
Chicago, Illinois  60606
Telephone:  (312) 648-2300
Facsimile:  (312) 648-1212

*Attorneys for Objector Tamiqueca Doyley*

Daniel M. Samson, *Admitted Pro Hac Vice*
Email:  dan@samsonappellatelaw.com
SAMSON APPELLATE LAW
201 S. Biscayne Boulevard, Suite 2700
Miami, Florida  33131
Telephone: (305) 341-3055
Facsimile:  (305) 379-3428

*Attorneys for Objector Tamiqueca Doyley*

C. Jeffrey Thut, #6188219
Email: jeff@roachjohnstonthut.com
ROACH, JOLMSTON & THUT
516 N. Milwaukee Avenue
Libertyville, Illinois 60048
Telephone: (847) 549-0600
Facsimile: (847) 549-0312

*Attorneys for Objector Kristina Lopez*

Jonathan E. Fortman
Email: jef@fortmanlaw.com
LAW OFFICE OF JONATHAN E. FORTMAN, LLC
250 St. Catherine Street
Florissant, Missouri 63031
Telephone: (314) 522-2312
Facsimile: (314) 524-1519

*Attorneys for Objector Steve Purgahn*

Steve A. Miller
Email: sampc01@gmail.com
STEVE A. MILLER, PC
1625 Larimer Street, No. 2905
Denver, Colorado 80202
Telephone: (303) 892-9933
Facsimile: (303) 892-8925

*Attorneys for Objector Steve Purgahn*

John C. Kress
Email: jckress@thekresslawfirm.com
THE KRESS LAW FIRM, LLC
4247 S. Grand Blvd
St. Louis, Missouri 63111
Telephone: (314) 631-3883
Facsimile: (314) 332-1534

*Attorneys for Objector Steve Purgahn*

        Joseph Darrell Palmer
        Email: darrell.palmer@palmerlegalteam.com
        LAW OFFICES OF DARRELL PALMER PC
        2244 Faraday Avenue, Suite 121
        Carlsbad, California 92008
        Telephone: (858) 215-4064
        Facsimile: (866) 583-8115

        *Attorneys for Objectors Dawn Weaver and Susan House*

DATED this 23rd day of March, 2015.

                TERRELL MARSHALL DAUDT & WILLIE PLLC

        By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
            Beth E. Terrell, *Admitted Pro Hac Vice*
            Email: bterrell@tmdwlaw.com
            936 North 34th Street, Suite 300
            Seattle, Washington 98103-8869

        *Attorneys for Plaintiffs*