IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A.,<br><br>      Defendants. | NO. 1:12-CV-5510<br><br>Honorable Gary Feinerman |

## **ORDER**

THIS MATTER comes before the Court on the Joint Status Report that the parties submitted on April 6, 2015 in which they propose a plan to send supplemental notice and to extend deadlines relating to final approval of this class action settlement.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' Supplemental Notice Plan is adopted as follows:

  1. Supplemental Notice shall be sent to the approximately 7.1 million persons in the Settlement Class who inadvertently were not previously provided direct notice of the Settlement. The deadline for sending this notice is June 12, 2015.

  2. Class Counsel shall file their motion for attorneys' fees by August 14, 2015.

3. Persons provided Supplemental Notice in accordance with paragraph 1 above shall have until September 10, 2015 to submit exclusion requests or file objections to the Settlement.

4. The deadline to submit claims for all eligible Settlement Class Members is hereby extended to September 10, 2015.

5. The Claims Administrator shall provide additional notice via U.S. Mail or E-mail in substantially the same form as the notices attached hereto as <u>Exhibit A</u> to Settlement Class Members who originally received direct notice by mail or email but have not yet submitted claims ("Reminder Notice"). The deadline for sending the Reminder Notice shall be June 12, 2015.

6. The cost of the Reminder Notice will be paid from the Settlement Fund.

7. The deadline to file briefs and papers in support of final approval is hereby extended to October 8, 2015.

8. Responses to any objections are due by October 8, 2015.

9. The final approval hearing will be held on October 22, 2015.

10. Within 24 hours of entry of this Order, the Settlement Website shall be updated to reflect the deadlines contained herein.

IT IS HEREBY ORDERED.

Dated this 9th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE