IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A.,<br><br>                Defendants. | NO. 1:12-CV-5510<br><br>Honorable Gary Feinerman |

**DECLARATION OF BETH E. TERRELL IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF FEES AND APPROVAL OF SERVICE AWARDS**

I, Beth E. Terrell, declare as follows:

1. I am a member of the law firm of Terrell Marshall Daudt & Willie PLLC ("TMDW"), counsel of record for Plaintiffs in this matter. I am admitted to practice before this Court and am a member in good standing of the bars of the states of Washington and California. I respectfully submit this declaration in support of Class Counsel's Motion for an Award of Fees and Approval of Service Awards. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Last winter, I learned that approximately 7.1 million persons in the Settlement Class, as initially identified by Chase, inadvertently were not provided direct notice by U.S. Mail or E-mail as set forth in the Settlement Agreement and the Court's Preliminary Approval Order.

3. I also learned that Chase believed its records contain E-mail or postal addresses for 99.8% of these approximately 7.1 million persons in the Settlement Class to whom direct notice was not previously provided. This contact information had not been transmitted to the claims administrator for notice purposes. Thus, the parties decided to send supplemental notice to this group of Settlement Class members.

4. On July 8, 2015, I deposed a representative from Chase about the steps Chase took to identify the additional contact information. I took this deposition to ensure that the contact information Chase transmitted to the claims administrator was complete and that all Settlement Class members received notice. During the deposition, I learned that Chase originally queried only its live operating system to obtain names and addresses for identifiable accounts within the Collection Call and Alert Call Subclasses. When it was discovered contact information for about 7 million accounts was missing, Chase realized it needed to query its data warehouse as well as its live operating system. The live operating system contains data only for active or recently-closed accounts. The data warehouse contains information for accounts that have been inactive for a longer time period. Chase queried its data warehouse and located names and addresses for all but approximately 15,946 of the missing accounts. Chase transmitted this data to the claims administrator who then sent these Settlement Class members direct notice.

5. During the deposition, the Chase representative also informed me that Chase had made a de-duplication error when it originally calculated the size of the Collection Call Subclass. Accordingly, Chase reduced its estimate of the Collection Call Subclass from 19,859,245 to 18,370,250.

6. I understand that 314,829 claims have been submitted to date. I further understand that this total is preliminary only; some of these claims may be invalid. I understand GCG has conducted a preliminary analysis of 305,277 claims that it has processed to date and has concluded that 72,040 of claims received to date specify collection calls regarding a bank account; 118,197 claims received to date specify collection calls regarding a credit card; 77,056

claims received to date specify collection calls regarding both a bank account and a credit card; and 37,984 claims received to date indicate the call recipient did not have either a bank or credit card account with Chase.

7. The Settlement Agreement provides that cash awards will be calculated using a weighted "Award Unit" system. I understand that assuming all claims GCG has processed to date are valid, Settlement Class Members who received collection calls regarding a bank account will receive $22.39 (one Award Unit). Settlement Class Members who received collection calls regarding a credit card will receive $67.17 (three Award Units). Settlement Class Members who received collection calls regarding both a bank account and a credit card will receive $89.56 (four Award Units). Settlement Class Members who received "wrong-party" calls or texts will receive $67.17 (three Award Units).

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 14th day of August, 2015.

*[signature: Beth Terrell]*

Beth E. Terrell, *Admitted Pro Hac Vice*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify:

1. On August 14, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Kenneth Michael Kliebard
> Email: kkliebard@morganlewis.com
> Tedd Macrae Warden
> Email: twarden@morganlewis.com
> MORGAN LEWIS & BOCKIUS LLP
> 77 West Wacker Drive
> Chicago, Illinois  60601-5094
> Telephone:  (312) 324-1774
> Facsimile:  (312) 324-1001
>
> Julia B. Strickland
> Email: jstrickland@stroock.com
> Lisa M. Simonetti
> Email: lsimonetti@stroock.com
> Arjun P. Rao
> Email: arao@stroock.com
> Julieta Stepanyan
> Email:  jstepanyan@stroock.com
> STROOCK & STROOCK & LAVAN LLP
> 2029 Century Park East Suite 1600
> Los Angeles, California 90067-3086
> Telephone:  (310) 556-5800
> Facsimile:  (310) 556-5959
>
> *Attorneys for Defendants*
>
> Christopher Perez-Gurri, *Admitted Pro Hac Vice*
> Email:  chris@gpglawfirm.com
> Alan G. Geffin, *Admitted Pro Hac Vice*
> Email:  alan@gpglawfirm.com
> GPG LAW
> 101 NE 3rd Avenue, Suite 1110
> Ft. Lauderdale, Florida  33301
> Telephone:  (954) 533-5530
> Facsimile:  (954) 374-6588
>
> *Attorneys for Objector Tamiqueca Doyley*

Norman T. Finkel, #6183246
Email: norm.finkel@sfnr.com
Daniel E. Beederman, #3121545
Email: daniel.beederman@sfnr.com
William R. Klein, #6185715
Email: bill.klein@sfnr.com
SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC
222 S. Riverside Plaza, Suite 2100
Chicago, Illinois 60606
Telephone: (312) 648-2300
Facsimile: (312) 648-1212

*Attorneys for Objector Tamiqueca Doyley*

Daniel M. Samson, *Admitted Pro Hac Vice*
Email: dan@samsonappellatelaw.com
SAMSON APPELLATE LAW
201 S. Biscayne Boulevard, Suite 2700
Miami, Florida 33131
Telephone: (305) 341-3055
Facsimile: (305) 379-3428

*Attorneys for Objector Tamiqueca Doyley*

C. Jeffrey Thut, #6188219
Email: jeff@roachjohnstonthut.com
ROACH, JOLMSTON & THUT
516 N. Milwaukee Avenue
Libertyville, Illinois 60048
Telephone: (847) 549-0600
Facsimile: (847) 549-0312

*Attorneys for Objector Kristina Lopez*

Jonathan E. Fortman
Email: jef@fortmanlaw.com
LAW OFFICE OF JONATHAN E. FORTMAN, LLC
250 St. Catherine Street
Florissant, Missouri 63031
Telephone: (314) 522-2312
Facsimile: (314) 524-1519

*Attorneys for Objector Steve Purgahn*

Steve A. Miller
Email: sampc01@gmail.com
STEVE A. MILLER, PC
1625 Larimer Street, No. 2905
Denver, Colorado 80202
Telephone: (303) 892-9933
Facsimile: (303) 892-8925

*Attorneys for Objector Steve Purgahn*

John C. Kress
Email: jckress@thekresslawfirm.com
THE KRESS LAW FIRM, LLC
4247 S. Grand Blvd
St. Louis, Missouri 63111
Telephone: (314) 631-3883
Facsimile: (314) 332-1534

*Attorneys for Objector Steve Purgahn*

Joseph Darrell Palmer
Email: darrell.palmer@palmerlegalteam.com
LAW OFFICES OF DARRELL PALMER PC
2244 Faraday Avenue, Suite 121
Carlsbad, California 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

*Attorneys for Objectors Dawn Weaver and Susan House*

2. I further certify that on August 14, 2015, I mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

David Schlagel
c/o John J. Pentz
19 Widow Rites Lane
Sudbury, Massachusetts 01776

*Attorneys for Objector David Schlagel*

Michael Narkin
███████████████
Eugene, Oregon 97405

*Objector, Appearing Pro Se*

Sam P. Cannata

Cleveland, Ohio 44022

*Objector, Appearing Pro Se*

Cindy Bray

Springfield, Missouri 68504-3336

*Objector, Appearing Pro Se*

Nicholas Owen Gunden
ORVANDI PROPERTY OR LLC

Walnut, California 91789

*Objector, Appearing Pro Se*

David H. Pierce
DAVID H. PIERCE & ASSOCIATES, PC

Sherman Oaks, California 91403-3501

*Objector, Appearing Pro Se*

Ken Murphy

Denver, Colorado 80210

*Objector, Appearing Pro Se*

Maritza Cabrera

Miami, Florida 33114-5395

*Objector, Appearing Pro Se*

David D. Dishman

Swampscott, Massachusetts 01907

*Objector, Appearing Pro Se*

DATED this 14th day of August, 2015.

                TERRELL MARSHALL DAUDT & WILLIE PLLC

        By:  /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
              Beth E. Terrell, *Admitted Pro Hac Vice*
              Email:  bterrell@tmdwlaw.com
              936 North 34th Street, Suite 300
              Seattle, Washington  98103-8869

*Attorneys for Plaintiffs*