## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated, | NO. 1:12-CV-5510 |
| Plaintiffs,, | Honorable Gary Feinerman |
| v. | |
| CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A., | |
| Defendants | |

## NOTICE OF RE-URGING
## OBJECTION OF KRISTINA LOPEZ

Objector Kristina Lopez, out of an abundance of caution, re-urges and incorporates by reference her original objection (Docket No. 152) in opposition to the proposed class action settlement.

DATED:  September 4, 2015                    Respectfully submitted,


/s/ *C. Jeffrey Thut*
C. Jeffrey Thut
516 N. Milwaukee Ave.
Libertyville, Illinois  60048
Telephone:     (847) 549-0600
Facsimile:      (847) 549-0312
Email:  jeff@roachjohnstonthut.com

Attorneys for Objector/Class Member
Kristina Lopez

**Certificate of Service**

The undersigned certifies that today he filed the foregoing objection and associated declarations on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Objection and associated exhibits upon the following.

DATED: September 4, 2015

Gehrich TCPA Settlement
c/o GCG
P.O. Box 35112
Seattle, WA 98124-5112

Class Counsel, Beth Terrell, Esq., Terrell Marshall Daudt & Willie PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103

Chase's Counsel, Julia B. Strickland, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, 16th Floor
Los Angeles, CA 90067

/s/ *C. Jeffrey Thut*
C. Jeffrey Thut