# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: GEHRICH, et al., v. CHASE USA, NA, et a.

Case Number: 1:12-cv-5510

An appearance is hereby filed by the undersigned as attorney for:
Objector Steve Purgahn

Attorney name (type or print): Jonathan E. Fortman

Firm: Law Office of Jonathan E. Fortman, LLC

Street address: 250 St. Catherine Street

City/State/Zip: Florissant, Missouri 63031

Bar ID Number: 40319MO
(See item 3 in instructions)

Telephone Number: (314) 522-2312

Email Address: jef@fortmanlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 21, 2015

Attorney signature:  S/ Jonathan E. Fortman
(Use electronic signature if the appearance form is filed electronically.)