IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A.,<br><br>        Defendants. | NO. 1:12-CV-5510<br><br><br>Honorable Gary Feinerman |

## SUPPLEMENTAL DECLARATION OF LAEL DOWD CONCERNING IMPLEMENTATION OF NOTICE PLANS

I, LAEL D DOWD, hereby declare and state as follows:

## INTRODUCTION

1.     I am a Consultant at Garden City Group, LLC[1] ("GCG") and a recognized legal notice expert. I oversee the development and implementation of media notice plans for GCG. This Declaration is based upon my personal knowledge, as well as upon information provided to me by counsel and GCG staff, and includes information reasonably relied upon in the fields of advertising, media, and communications. If called upon to do so, I could and would testify competently thereto.

---

[1] The Garden City Group, Inc. is now Garden City Group, LLC.

1

2. GCG was appointed as the Claims Administrator[2] in the in the above-captioned case (the "Action") to implement the Notice Plan, Supplemental Notice Plan, maintain a Settlement Website and toll-free interactive voice response number, receive Settlement exclusions from Class Members, process claims, and perform other administrative tasks in accordance with the Order Preliminarily Approving Class Action Settlement, Conditionally Certifying Settlement Class, Approving Procedure and Form of Notice, and Scheduling Final Approval Hearing, entered on August 12, 2014 (Docket Entry 117) (the "Preliminary Approval Order") and the Order entered on April 9, 2015 (Docket Entry 178) (the "April 9, 2015 Order").

3. GCG is a recognized leader in providing legal administrative services, including the development of legal notice programs. GCG has operational offices in the following locations: Lake Success, New York; New York, New York; Seattle, Washington; Chicago, Illinois; Dublin, Ohio; Tallahassee, Florida; Lake Oswego, Oregon; New Orleans, Louisiana; and Hammond, Louisiana. GCG has a staff of more than 800 employees, including attorneys, a team of software engineers, call center professionals, in-house legal advertising specialists, and graphic artists with extensive website experience.

4. GCG handles the administration of a wide variety of notice programs and class action settlements, including, but not limited to, consumer, securities, labor and employment, mass tort, antitrust, product liability, ERISA, civil and human rights, insurance, and healthcare related matters. In its history of over 30 years, GCG has served as administrator for over 3,000 cases and GCG's legal notices have appeared in more than 40 languages in approximately 170 countries. In the course of its history, GCG has mailed over 290 million notices, disseminated over 800 million emails, handled over 31 million phone calls, processed over 50 million claims,

---

[2] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Class Settlement Agreement and Release (the "Settlement Agreement"), Preliminary Approval Order, and the April 9, 2015 Order.

and distributed over $37 billion in settlement benefits. Additional information about GCG can be found on our website at www.gardencitygroup.com.

5.     The purpose of this Declaration is to report on the Notice Plan and Supplemental Notice Plan executed in accordance with the Settlement Agreement, Preliminary Approval Order, and the April 9, 2015 Order. This Declaration supplements and amends my Declaration of August 14, 2015 (Docket Entry 188) which reported on the Notice Plan and Supplemental Notice Plan executed in accordance with the Settlement Agreement, Preliminary Approval Order, and the April 9, 2015 Order.

## NOTICE PLAN AND SUPPLEMENTAL NOTICE PLAN SUMMARY

6.     The Notice Plan targeted the universe of Class Members defined as:

> All persons to whom, on or after July 1, 2008 through December 31, 2013, Chase USA and/or JPMC Bank placed a non-emergency call, SMS text message or voice alert call to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice.

7.     As detailed below, the Notice Plan and Supplemental Notice Plan included the following components:

- Direct individual Email or Mail Notice to known Settlement Class Members;
- Publication of a short-form notice ("Summary Notice") in nationally circulated publications of *People*, *Sports Illustrated*, and *Better Homes and Gardens*;
- Website Notice where information about the Settlement, as well as the Long Form Notice, and important Court documents are posted; and
- A toll-free interactive voice response number (1-877-899-2893) where relevant Settlement information about Class Member options and deadlines are available.

8.     The specific components of the Notice Plan and Supplemental Notice Plan are discussed in detail below. In accordance with Paragraph 11 of the Preliminary Approval Order, all

3

aspects of the Notice Plan, including individual direct Email and Mail Notice and Publication Notice, were completed before November 10, 2014 (within ninety (90) days following entry of the Preliminary Approval Order). In accordance with Paragraph 1 of the April 9, 2015 Order, all aspects of the Supplemental Notice Plan, including individual direct Email and Mail Notice, were completed by June 12, 2015.

## DATA TRANSFER AND CLASS LIST PREPARATION FOR THE INITIAL CLASS LIST DIRECT NOTICE CAMPAIGN

9.     Pursuant to Paragraph III.E. of the Settlement Agreement, GCG received Class Member information from Chase Bank USA, N.A. ("Chase") in multiple electronic data files on September 25, 2014, September 26, 2014, and October 7, 2014. These data files contained a total of 15,942,691 Class Member records. Chase advised that the data files contained, among other information, unique Chase identifiers, current or last-known names, mailing addresses and/or email addresses of all known persons meeting the Class definition (the "Initial Class List"). GCG entered the Initial Class List information into a database established for this Action. GCG standardized the Initial Class List and de-duplicated the Initial Class List by exact name, address, and/or email address, resulting in a de-duplicated Initial Class List of 15,375,233 Class Members identified as meeting the Class definition for the Initial Class List direct Email and Mail Notice campaign.

## INITIAL CLASS LIST DIRECT EMAIL AND MAIL NOTICE CAMPAIGN

10.     A total of 11,808,904 records on the Initial Class List contained an email address. GCG analyzed and removed 404,839 duplicate email addresses based on an exact name and email address match so that a single email would be sent to each valid email address, resulting in a total of 11,404,065 email addresses for the Initial Class List Email Notice campaign.

11.     GCG provided counsel for Plaintiffs and Defendants a mockup of the Initial Class List Email Notice for approval prior to Email Notice commencement.  In accordance with Paragraph 11 of the Preliminary Approval Order and Section III.F.I. of the Settlement Agreement, the Initial Class List Email Notice campaign commenced on October 13, 2014 and concluded on October 20, 2014.  573,503 Initial Class List Email Notices could not be delivered because the email address no longer existed, the email account was closed, or the email address had a bad domain name, or address error (collectively "Hard Bounces").  In addition, GCG made two additional delivery attempts on 126,275 Initial Class List Email Notices where emails could not be delivered due to reasons such as inactive or disabled accounts, full recipient mailboxes, recipient server network and technical auto-replies, or where the recipient server was too busy or unable to deliver (collectively "Soft Bounces").  GCG caused to be resent each Soft Bounce returned to GCG because it was not deliverable during the initial email attempt.  At the conclusion of the Initial Class List Email Notice campaign, a total of 10,704,287 Initial Class List Email Notices or approximately 94% of all Initial Class List Email Notices were transmitted successfully.  A true and correct copy of the Initial Class List Email Notice is attached hereto as Exhibit A.

12.     In accordance with Paragraph 11 of the Preliminary Approval Order and Section III.F.1. of the Settlement Agreement, Initial Class List Mail Notice was sent by First Class Mail, postage prepaid, with return service requested to:  (i) Initial Class List Class Members without an email address with a mailable mailing address; and (ii) Initial Class List Class Members whose Email Notice was unsuccessful due to Hard Bounces or Soft Bounces.  GCG provided counsel for Plaintiffs and Defendants a mockup of the Initial Class List Mail Notice for approval prior to Initial Class List Mail Notice commencement.  A true and correct copy of the Initial Class List Mail Notice is attached hereto as Exhibit B.

13.     In accordance with Section III.F.1. of the Settlement Agreement, GCG used a U.S. Postal Service database to standardize the address information provided in the Initial Class List for the Initial Class List Mail Notice campaign. GCG updated the addresses through the National Change of Address ("NCOA") database.[3] As a result of NCOA, a total of 280,244 addresses on the Initial Class List were updated in preparation for the Initial Class List Mail Notice campaign.

14.     The Initial Class List Mail Notice campaign commenced on October 17, 2014 and concluded on November 7, 2014. A total of 4,670,946 Initial Class List Mail Notices were sent during the Initial Class List Mail Notice campaign. Each Initial Class List Mail Notice was personalized with the name and address of each Initial Class List Mail Notice Class Member and contained a unique identifier for tracking and identification. As of October 4, 2015, GCG has received an address change notification from the U.S. Postal Service ("USPS") and remailed Initial Class List Mail Notices by First Class Mail to approximately 75,418 Class Members.

15.     As of October 4, 2015, approximately 393,660 Initial Class List Mail Notices have been returned undeliverable with no forwarding address information after mailing to the best available address. In accordance with Section III.F.1. of the Settlement Agreement, GCG conducted an advanced address search on undeliverable Initial Class List Mail Notices and remailed those Initial Class List Mail Notices where GCG obtained an updated address. As of October 4, 2015, GCG has remailed 216,660 Initial Class List Mail Notices to an address updated through an advanced address search. Based on this rate of ultimately undeliverable mail, the Initial Class List Mail Notice campaign is estimated to have reached approximately 96% of Initial Class List Class Members sent Mail Notice.

---

[3] The NCOA database is the official United States Postal Service database product, which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mailstream. This product is an effective tool to update address changes when a person has completed a change of address form provided by the Post Office. The address information is maintained on the database for four (4) years and is then purged. As such, NCOA is a cost effective tool to update addresses for a four (4) year period.

16.    As of October 4, 2015, approximately 15,198,233, Initial Class List Class Members were sent direct Email or Mail Notice that has not been returned to GCG. Based on the information above, approximately 95% of the Initial Class List was sent direct Email or Mail Notice that has not been ultimately returned to GCG.

## PUBLICATION NOTICE

17.    As described in my previous Declarations in Support of the Proposed Notice Plan filed on August 7, 2014 (Docket Entry 107-6) and August 14, 2015 (Docket Entry 188), the Summary Notice appeared in two issues of *People*, one issue of *Better Homes and Gardens* and two issues of *Sports Illustrated.* The total readership of these publications, which takes into consideration multiple readers per copy, is significant at over approximately 99 million readers. The chart below summarizes the relevant information regarding the publications:

| TITLE | CIRCULATION | FREQUENCY | INSERTIONS | ISSUE DATE |
|-------|-------------|-----------|------------|------------|
| *People* | 3,527,541 | Weekly | 2 | October 6 and October 20, 2014 |
| *Better Homes and Gardens* | 7,615,581 | Monthly | 1 | November 2014 |
| *Sports Illustrated* | 3,023,197 | Weekly | 2 | October 6 and October 13, 2014 |
| **National Magazines Total:** | **14,166,319** | | **5** | |

18.    The Summary Notice was written in a plain language style, with clear and concise question/answer format appropriate for the target audience. Further, the Summary Notice communicated important information about the Settlement, Class definition, objection and exclusion options, and deadlines in a prominent and easy to understand manner. The Summary Notice included the Settlement Website and the toll-free telephone number that Class Members could utilize to obtain additional information. The Settlement Website and toll-free number were

7

clearly identified at the bottom of the Summary Notice for ease of reference. A copy of each Summary Notice as it appeared in each publication is attached hereto as Exhibit C.

## DATA TRANSFER AND CLASS LIST PREPARATION FOR
## THE SUPPLEMENTAL CLASS LIST DIRECT NOTICE CAMPAIGN

19.    Pursuant to Paragraph 1 of the April 9, 2015 Order and Section III.F.1. of the Settlement Agreement, GCG received Supplemental Class Member information from Chase in multiple electronic data files on May 8, 2015. These data files contained a total of 7,103,530 Supplemental Class Member records. Chase advised that the Supplemental data files contained, among other information, unique Chase identifiers, current or last-known names, mailing addresses and/or email addresses of all known persons meeting the Class definition (the "Supplemental Class List"). GCG entered the Supplemental Class List information into the database established for this Action. GCG standardized the data format of the Supplemental Class List and de-duplicated the Supplemental Class List by exact name, address, and/or email address both within the Supplemental Class List itself and between the Initial Class List, resulting in a de-duplicated Supplemental Class List of 4,990,596 Class Members identified as meeting the Class definition for the Supplemental Class List direct Email and Mail Notice campaign.

## SUPPLEMENTAL CLASS LIST DIRECT EMAIL AND
## MAIL NOTICE CAMPAIGN

20.    GCG analyzed and removed duplicate email addresses based on an exact name and email address match so that a single email would be sent to each valid email address, resulting in a total of 3,869,128 email addresses for the Supplemental Class List Email Notice campaign.

21.     GCG provided counsel for Plaintiffs and Defendants a mockup of the Supplemental Class List Email Notice for approval prior to Supplemental Class List Email Notice commencement.  In accordance with Paragraph 1 of the April 9, 2015 Order, the Supplemental Class List Email Notice campaign commenced on May 23, 2015 and concluded on June 10, 2015.  823,561 Supplemental Class List Email Notices could not be delivered due to Hard Bounces.  In addition, GCG made two additional delivery attempts on 8,594 Supplemental Class List Email Notices where emails could not be delivered due to Soft Bounces.  GCG caused to be resent each Soft Bounce returned to GCG because it was not deliverable during the initial email attempt.  At the conclusion of the Supplemental Class List Email Notice campaign, a total of 3,036,973 Supplemental Class List Email Notices or approximately 78.5% of all Supplemental Class List Email Notices were transmitted successfully.  A true and correct copy of the Supplemental Class List Email Notice is attached hereto as Exhibit D.

22.     In accordance with Paragraph 1 of the April 9, 2015 Order and Section III.F.1. of the Settlement Agreement, Supplemental Class List Mail Notice was sent by First Class Mail, postage prepaid, with return service requested to:  (i) Supplemental Class List Class Members without an email address with a mailable mailing address; and (ii) Class Members whose Supplemental Class List Email Notice was unsuccessful due to Hard Bounces or Soft Bounces.  GCG provided counsel for both parties a mockup of the Supplemental Class List Mail Notice for approval prior to Supplemental Class List Mail Notice commencement.  A true and correct copy of the Supplemental Class List Mail Notice is attached hereto as Exhibit E.

23.     In accordance with Section III.F.1. of the Settlement Agreement, GCG used a U.S. Postal Service database to standardize the address information provided on the Supplemental Class List for the Supplemental Class List Mail Notice campaign and updated the addresses through the

NCOA database. As a result of NCOA, a total of 206,329 addresses on the Supplemental Class List were updated in preparation for the Supplemental Class List Mail Notice campaign.

24. In accordance with Paragraph 1 of the April 9, 2015 Order, the Supplemental Class List Mail Notice campaign commenced on June 1, 2015 and concluded on June 12, 2015. Prior to mailing, GCG removed duplicates based on an exact name and address match so that a single Supplemental Class List Mail Notice was sent to each Supplemental Class List Class Member. A total of 1,953,623 Supplemental Class List Mail Notices were sent during the Supplemental Class List Mail Notice campaign. Each Supplemental Class List Mail Notice was personalized with the name and address of each Supplemental Class List Class Member and contained a unique identifier for tracking and identification. As of October 4, 2015, GCG has received an address change notification from the USPS and remailed Supplemental Class List Mail Notices by First Class Mail to approximately 33,287 Supplemental Class List Class Members.

25. As of October 4, 2015, approximately 496,334 Supplemental Class List Mail Notices have been returned undeliverable with no forwarding address information after mailing to the best available address. In accordance with Section III.F.1 of the Settlement Agreement, GCG conducted an advanced address search on undeliverable Supplemental Class List Mail Notices and is promptly remailing those Supplemental Class List Mail Notices where GCG obtained an updated address. As of October 4, 2015, GCG has remailed 276,682 Supplemental Class List Mail Notices to an address updated through advanced address search. Based on this rate of ultimately undeliverable mail, the Supplemental Class List Mail Notice campaign is estimated to have reached approximately 89% of those sent Supplemental Class List Mail Notice.

26. As of October 4, 2015, approximately 4,770,944 Supplemental Class List Class Members were sent direct Email or Mail Notice that has not been returned to GCG. Based on the

information above, approximately 82% of the Supplemental Class List was sent direct Email or Mail Notice that has not been ultimately returned to GCG.

## ESTIMATED REACH OF NOTICE PLAN AND SUPPLEMENTAL NOTICE PLAN

27.     GCG utilizes Mediamark Research & Intelligence LLC ("GfK MRI"), a widely accepted research tool used by advertising agencies and legal noticing firms to measure the demographics and media consumption habits of a target audience. Based on MRI data, GCG was able to objectively measure the percentage of the target audience estimated to be reached by the publication component of the Notice Plan and how many times, on average, the target audience had the opportunity to view the notice. This is commonly referred to as a reach and frequency analysis. Reach refers to the estimated percentage of the unduplicated audience exposed to the notice. Frequency, in turn, refers to how many times, on average, the target audience had the opportunity to view the notice. These calculations take into consideration the media consumption habits of the target audience. The reach and frequency calculations are used by advertising, communications, and legal noticing firms worldwide, and have become a critical element to help provide the basis for determining adequacy of notice in class action cases. By measuring the reach of the publications and the direct email/mail components of the Notice Plan and Supplemental Notice Plan, I calculated an estimated total reach of approximately 78.65% with a frequency of approximately 1.69 times.

28.     As of September 30, 2015, the cost of the implementing the Notice Plan and Supplemental Notice Plan is $5,152,929.51. This includes $4,157,216.47 in publication, printing, and postage expenses among other items. Given the upcoming check distribution, which will include additional printing and postage expenses along with further Class Member communications, GCG expects Notice and Settlement Administration to total over $5.5 million. GCG has, however, agreed to limit the fees and expenses for this Settlement Administration at $5,152,929.51.

## DEDICATED SETTLEMENT WEBSITE

29.     In accordance with Paragraph 11 of the Preliminary Approval Order and Section III.F.3. of the Settlement Agreement, GCG established and maintains a Settlement Website at www.GehrichTCPASettlement.com.  The Settlement Website prominently displays important information about the Settlement, including the Website Notice on the Home Page, Long Form Notice, and important Court documents including the Second Amended Complaint, Settlement Agreement, Preliminary Approval Order, Class Counsel's Motion for an Award of Fees and Approval of Service Awards in Connection with the Settlement, and the April 9, 2015 Order.

30.     The Settlement Website is locatable as a top website result through a variety of internet searches.  For example, using the Google search engine, the Settlement Website is the first result searching the term "Gehrich TCPA Settlement", the first result searching the term "Chase TCPA Settlement", and the second result searching the term "Chase Settlement".  A screen shot of the Google search results for all three referenced search terms is attached hereto as Exhibit F.

31.     The Settlement Website was designed and is organized in a user-friendly fashion, employing plain language to describe the Action and Settlement.  It features tabs along the left side where visitors can access important information and answers to frequently asked questions.  In addition, the Settlement Website contains an Important Dates page identifying deadlines and case-related events.  Lastly, a link to a Spanish version of the Settlement Long Form Notice is provided at the top of each page of the Settlement Website.

32.     In accordance with Section III.F.3. of the Settlement Agreement, the Settlement Website allowed for the online submission of claims through midnight Pacific on September 10, 2015.  Class Members were provided the following three options to file a claim through the Settlement Website: (1) Class Members could enter the unique Claim Number and Control Number

provided in the direct Email or Mail Notice they received to securely confirm their identity; (2) Class Members who received notice by Publication or through the Settlement Website could login to file a claim online without a Claim Number or Control Number; or (3) Class Members could download a personalized Claim Form through the Settlement Website to complete and return to GCG by mail. A screen shot of the Settlement Website Claim Form page is attached hereto as Exhibit G.

33.     In accordance with Paragraph 11 of the Preliminary Approval Order and Section III.F.3. of the Settlement Agreement, the Settlement Website was (and continues to be) operative as of August 17, 2014, which was five (5) days after entry of the Court's Preliminary Approval Order. In addition, the Settlement Website was updated on April 10, 2015 to reflect the deadlines contained in the April 9, 2015 Order. As of October 4, 2015, GCG has received 15,154,322 hits on the Settlement Website. GCG will continue to maintain and update the Settlement Website throughout the Settlement administration process until the date the Settlement Website is ordered to be terminated as outlined in the Settlement Agreement.

## TOLL-FREE INFORMATION LINE

34.     GCG established and maintains a toll-free interactive voice response ("IVR") telephone number, 1-877-899-2893, dedicated to the Settlement. The IVR provides a summary of the Settlement and information about Class Member options and deadlines. Class Members could also use the IVR to request a paper Claim Form or Spanish Long Form Notice. The toll-free telephone number is accessible 24 hours a day, 7 days a week.

35.     GCG will continue to maintain and update the IVR throughout the Settlement administration process. The IVR was, and continues to be, operative as of August 17, 2014, the date the Settlement Website went live and before dissemination of the Initial Class List direct Email

and Mail Notice campaigns, Publication Notice campaign, and Supplemental Class List direct Email and Mail Notice campaigns. As of October 4, 2015, GCG has received over 178,000 calls and logged more than 640,000 minutes to the IVR.

## SETTLEMENT EXCLUSION REQUESTS

36.     In accordance with Paragraphs 12 and 13 of the Preliminary Approval Order and Section III.M. of the Settlement Agreement, any Class Member on the Initial Class List who wished to opt out of the Settlement Class was required to send a written request for exclusion to GCG so that it was postmarked by mail no later than February 9, 2015. In accordance with Paragraph 3 of the April 9, 2015 Order, any Supplemental Class List Class Member who wished to opt out of the Settlement Class is required to send a written request for exclusion to GCG so that it is postmarked by mail no later than September 10, 2015. To be valid, an exclusion request must be timely and must:  (a) be signed by the person in the Settlement Class who is requesting exclusion; (b) include the full name, address, and account number(s) of the person requesting exclusion (except that persons in the Settlement Class who do not have and have not had a credit card or deposit account with Chase shall not be required to include an account number); and (c) include the following statement: "I/we request to be excluded from the settlement in the Gehrich action."

37.     As of October 4, 2015, GCG has received 105 potentially valid and timely exclusion requests. Upon receipt, GCG reviewed each request for exclusion and verified that it conformed to the Court-approved exclusion requirements detailed above. A complete list of the 105 potentially valid and timely exclusion requests is attached hereto as Exhibit H.

38.     As of October 4, 2015, GCG has received 97 timely but potentially invalid exclusion requests from Class Members who provided no Chase account number (where there was a Class Member match to Chase card or consumer bank data), insufficient information, or no signature

14

pursuant to the Court-approved exclusion requirements detailed above. In addition, GCG worked with counsel and conducted an outreach campaign by phone/email/mail (depending on the contact information available for each individual requesting exclusion) to notify Initial Class List individuals of the exclusion deficiency and how the deficiency could be cured by the exclusion deadline of February 9, 2015. A complete list of the 97 potentially invalid exclusion requests and the identified reason the exclusion appears to be invalid is attached hereto as Exhibit I.

39.     As of October 4, 2015, GCG has received 23 untimely exclusion requests from individuals who submitted exclusion requests postmarked after February 9, 2015 and/or who could not be matched to the Supplemental Class List based on the name and/or address contained in the exclusion request. A complete list of the 23 untimely exclusion requests is attached hereto as Exhibit J.

**OBJECTIONS**

40.     Pursuant to Paragraph 15 of the Preliminary Approval Order and Section III.N. of the Settlement Agreement, any Class Member on the Initial Class List who wished to object to the Settlement was required to file the objection with the Court no later than February 9, 2015 and notify Defendants' Counsel and Class Counsel by mail postmarked no later than February 9, 2015. Pursuant to Paragraph 3 of the April 9, 2015 Order and Section III.N. of the Settlement Agreement, any Supplemental Class List Class Member who wished to object to the Settlement was required to file the objection with the Court no later than September 10, 2015 and notify Defendants' Counsel and Class Counsel by mail postmarked no later than September 10, 2015. As of October 4, 2015, GCG has been notified of 18 objection submissions, 4 of which do not appear to have been filed on the Gehrich Settlement Court docket. A true and correct copy of the 4 unfiled objection submissions is attached hereto as Exhibit K.

15

## INITIAL CLASS LIST REMINDER CAMPAIGN

41.     Pursuant to Paragraph 5 of the April 9, 2015 Order, Initial Class List Class Members who originally received direct Email or Mail Notice but had not yet submitted claims were sent additional notice ("Reminder Notice") that the claim deadline had been extended to September 10, 2015.  GCG provided counsel for Plaintiffs and Defendants a mockup of the Reminder Email and Mail Notices for approval prior to  Reminder Notice commencement.

42.     In accordance with Paragraph 5 of the April 9, 2015 Order, the Reminder Email Notice campaign commenced on May 23, 2015 and was concluded on June 10, 2015.  A total of 10,661,806 Reminder Email Notices were sent.  283,987 Reminder Email Notices could not be delivered due to Hard Bounces.  In addition, GCG made two additional delivery attempts on 527 Reminder Email Notices where emails could not be delivered due to Soft Bounces.  GCG caused to be resent each Soft Bounce returned to GCG because it was not deliverable during the initial email attempt.   At the conclusion of the Reminder Email Notice campaign, a total of 10,377,292 Reminder Email Notices or approximately 97% of all Reminder Email Notices were transmitted successfully.  A true and correct copy of the Reminder Email Notice is attached hereto as Exhibit L.

43.     In accordance with Paragraph 5 of the April 9, 2015 Order, the Reminder Mail Notice campaign commenced on June 1, 2015 and concluded on June 12, 2015.  In accordance with Section III.F.1. of the Settlement Agreement, GCG updated the addresses through the NCOA database prior to mailing.  A total of 4,886,327 Reminder Mail Notices were sent during the Reminder Mail Notice campaign, including 4,601,813 to Initial Class List Mail Notice Class Members who had not yet filed claims and 284,514 to Initial Class List Class Members who were sent a Reminder Email Notice whose email address failed during the Reminder Email Notice campaign due to Hard and Soft bounces.

16

44.     Each Reminder Mail Notice was personalized with the name and address of each Reminder Notice Class Member and contained a unique identifier for tracking and identification. As of October 4, 2015, GCG has received an address change notification from the USPS and remailed Reminder Mail Notices by First Class Mail for approximately 49,456 Reminder Notice Class Members.

45.     As of October 4, 2015, approximately 328,969 Reminder Mail Notices have been returned undeliverable with no forwarding address information after mailing to the best available address.  In accordance with Section III.F.1. of the Settlement Agreement, GCG conducted an advanced address search on undeliverable Reminder Mail Notices and is promptly remailing those Reminder Mail Notices where GCG obtained an updated address.  As of October 4, 2015, GCG has remailed 108,401 Reminder Mail Notices to an address updated through advanced address search. Based on this rate of ultimately undeliverable mail, the Reminder Mail Notice campaign is estimated to have reached approximately 95% of Reminder Mail Notice Class Members.  A true and correct copy of the Reminder Mail Notice is attached hereto as Exhibit M.

46.     As of October 4, 2015, approximately 15,043,051 Initial Class List Class Members were sent a Reminder Notice that was not returned to GCG.  Based on the information above, approximately 97% of Initial Class List Class Members were sent an Email or Mail Reminder Notice that has not been ultimately returned to GCG.

47.     Of the 349,206 timely claims GCG received online or by mail (as of October 4, 2015), 211,475 claims have been received since the Supplemental Notice and Reminder Notice Campaigns commenced on May 23, 2015.

## CLAIMS RECEIVED AND "AWARD UNIT" ESTIMATE

48.     In accordance with Paragraph 27 of the Preliminary Approval Order, Section III.G.
of the Settlement Agreement, and Paragraph 4 of the April 9, 2015 Order, Class Members who
wished to participate in the Settlement were required to file a timely and valid claim online through
the Settlement Website or postmarked by mail no later than September 10, 2015. As of October 4,
2015, GCG has received a total of 349,206 claims that were received online or by mail with a
postmark date on or before September 10, 2015 and 192 untimely claims with a postmark date after
September 10, 2015.

49.     Following the September 10, 2015 claim deadline, GCG conducted a claim de-
duplication analysis. Of the 349,206 timely claims, 14,517 are duplicates based on exact name and
address (6,717 claimants based on exact name and address filed 14,517 claims).[4] For purposes of
this Declaration and to provide estimated Award Unit values, GCG has rolled these duplicates up so
that each claimant based on exact name and address has one claim. Accordingly, a total of 7,810
duplicate claims were removed resulting in 341,396 de-duplicated claims.

50.     Pursuant to Section III.G.1 of the Settlement Agreement, Settlement Awards will be
calculated using an "Award Unit" system. Based on the estimated de-duplicated claims of 341,396,
Settlement Class Members who are classified as Chase Bank Account Holders who received
Collection Calls or Wrong-Party Automatic Alerts are estimated to receive $19.40 (one "Award
Unit"). Settlement Class Members who are classified as Chase Credit Card Account Holders who
received Collection Calls or Wrong-Party Automatic Alerts are estimated to receive $58.20 (three
"Award Units"). Settlement Class Members who are classified as both Chase Bank Account and
Chase Credit Card Account Holders who received Collection Calls or Wrong-Party Automatic

---

[4] Of these 349,206 timely claims, 63,108 have potential claim validation issues that GCG has raised with the parties.

Alerts are estimated to receive $77.60 (four "Award Units"). Settlement Class Members who are classified as neither Chase Bank Account or Chase Credit Card Account Holders and received Collection Calls or Wrong-Party Automatic Alerts are estimated to receive $58.20 (three "Award Units").

## CONCLUSION

51. As noted above, all the components of the Notice Plan and Supplemental Notice Plan have been completed. The Notice Plan and Supplemental Notice Plan are estimated to have reached approximately 78.65% of the target audience with a frequency of approximately 1.69. Accordingly, it is my professional opinion that the Notice Plan and Supplemental Notice Plan satisfied due process and the applicable rules governing class actions.

52. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of October, 2015 at Arlington, Virginia.

Lael D. Dowd

_____
LAEL D. DOWD

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify:

1.        On October 8, 2015, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following:

> Kenneth Michael Kliebard
> Email: kkliebard@morganlewis.com
> Tedd Macrae Warden
> Email: twarden@morganlewis.com
> MORGAN LEWIS & BOCKIUS LLP
> 77 West Wacker Drive
> Chicago, Illinois  60601-5094
> Telephone:  (312) 324-1774
> Facsimile:  (312) 324-1001
>
> Julia B. Strickland
> Email: jstrickland@stroock.com
> Lisa M. Simonetti
> Email: lsimonetti@stroock.com
> Arjun P. Rao
> Email: arao@stroock.com
> Julieta Stepanyan
> Email:  jstepanyan@stroock.com
> STROOCK & STROOCK & LAVAN LLP
> 2029 Century Park East Suite 1600
> Los Angeles, California 90067-3086
> Telephone:  (310) 556-5800
> Facsimile:  (310) 556-5959
>
> *Attorneys for Defendants*
>
> Christopher Perez-Gurri, *Admitted Pro Hac Vice*
> Email:  chris@gpglawfirm.com
> Alan G. Geffin, *Admitted Pro Hac Vice*
> Email:  alan@gpglawfirm.com
> GPG LAW
> 101 NE 3rd Avenue, Suite 1110
> Ft. Lauderdale, Florida  33301
> Telephone:  (954) 533-5530
> Facsimile:  (954) 374-6588
>
> *Attorneys for Objector Tamiqueca Doyley*

Norman T. Finkel, #6183246
Email:  norm.finkel@sfnr.com
Daniel E. Beederman, #3121545
Email:  daniel.beederman@sfnr.com
William R. Klein, #6185715
Email:  bill.klein@sfnr.com
SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC
222 S. Riverside Plaza, Suite 2100
Chicago, Illinois  60606
Telephone:  (312) 648-2300
Facsimile:  (312) 648-1212

*Attorneys for Objector Tamiqueca Doyley*

Daniel M. Samson, *Admitted Pro Hac Vice*
Email:  dan@samsonappellatelaw.com
SAMSON APPELLATE LAW
201 S. Biscayne Boulevard, Suite 2700
Miami, Florida  33131
Telephone: (305) 341-3055
Facsimile:  (305) 379-3428

*Attorneys for Objector Tamiqueca Doyley*

C. Jeffrey Thut, #6188219
Email:  jeff@roachjohnstonthut.com
ROACH, JOLMSTON & THUT
516 N. Milwaukee Avenue
Libertyville, Illinois  60048
Telephone:  (847) 549-0600
Facsimile:  (847) 549-0312

*Attorneys for Objector Kristina Lopez*

Jonathan E. Fortman
Email:  jef@fortmanlaw.com
LAW OFFICE OF JONATHAN E. FORTMAN, LLC
250 St. Catherine Street
Florissant, Missouri 63031
Telephone:  (314) 522-2312
Facsimile:  (314) 524-1519

*Attorneys for Objector Steve Purgahn*

Steve A. Miller
Email:  sampc01@gmail.com
STEVE A. MILLER, PC
1625 Larimer Street, No. 2905
Denver, Colorado 80202
Telephone:  (303) 892-9933
Facsimile:  (303) 892-8925

*Attorneys for Objector Steve Purgahn*

John C. Kress
Email:  jckress@thekresslawfirm.com
THE KRESS LAW FIRM, LLC
4247 S. Grand Blvd
St. Louis, Missouri 63111
Telephone:  (314) 631-3883
Facsimile:  (314) 332-1534

*Attorneys for Objector Steve Purgahn*

Joseph Darrell Palmer
Email:  darrell.palmer@palmerlegalteam.com
LAW OFFICES OF DARRELL PALMER PC
2244 Faraday Avenue, Suite 121
Carlsbad, California  92008
Telephone:  (858) 215-4064
Facsimile:  (866) 583-8115

*Attorneys for Objectors Dawn Weaver and Susan House*

2.      I further certify that on October 8, 2015, I mailed by United States Postal Service

the foregoing to the following non CM/ECF participants:

David Schlagel
c/o John J. Pentz
19 Widow Rites Lane
Sudbury, Massachusetts 01776

*Attorneys for Objector David Schlagel*

Michael Narkin
███████████
Eugene, Oregon  97405

*Objector, Appearing Pro Se*

Sam P. Cannata
███████████████
Cleveland, Ohio  44022

*Objector, Appearing Pro Se*

Cindy Bray
███████████████
Springfield, Missouri  68504-3336

*Objector, Appearing Pro Se*

Nicholas Owen Gunden
ORVANDI PROPERTY OR LLC
█████████████████████
Walnut, California  91789

*Objector, Appearing Pro Se*

David H. Pierce
DAVID H. PIERCE & ASSOCIATES, PC
███████████████████████
Sherman Oaks, California  91403-3501

*Objector, Appearing Pro Se*

Ken Murphy
███████████████
Denver, Colorado 80210

*Objector, Appearing Pro Se*

Maritza Cabrera
████████████
Miami, Florida  33114-5395

*Objector, Appearing Pro Se*

David D. Dishman
█████████████
Swampscott, Massachusetts  01907

*Objector, Appearing Pro Se*

DATED this 8th day of October, 2015.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
      Beth E. Terrell, *Admitted Pro Hac Vice*
      Email:  bterrell@tmdwlaw.com
      936 North 34th Street, Suite 300
      Seattle, Washington  98103-8869

*Attorneys for Plaintiffs*

# EXHIBIT A

**Gretchen Eoff**

| | |
|---|---|
| **From:** | Do Not Reply Gehrich TCPA Settlement |
| | <DoNotReply@GehrichTCPASettlement.com> |
| **Sent:** | Friday, October 10, 2014 10:20 AM |
| **To:** | Gretchen Eoff |
| **Subject:** | Notice of Proposed Settlement of Class Action |

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**

| Your Claim Number: | test-nme-001 |
|---|---|
| Your Control Number: | test-ctl-001 |

**Why did I get this Notice?** You received this email notice because a proposed settlement of a class action lawsuit filed against Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") by several consumers ("Plaintiffs") has been reached in the United States District Court for the Northern District of Illinois (*Gehrich v. Chase USA and JPMC Bank, Case No. 1:12-CV-5510*) (the "Settlement").

You may be in the Settlement Class because you may have received, on or after July 1, 2008 through December 31, 2013: (1) Collection Calls relating to a Chase credit card or bank account; (2) Automatic Alerts relating to a Chase credit card or bank account, and you *were the intended recipient of the call*; or (3) Automatic Alerts relating to a Chase credit card or bank account, and you *were not the intended recipient of the call*. As used in this Notice, "Collection Calls" are automated calls placed to a cell phone in connection with attempts to collect debts relating to a Chase credit card or bank account, and "Automatic Alerts" are automated calls or texts placed to a cell phone that provide account information (but not information sent to confirm or identify suspected fraudulent activity).

A person who does not exclude himself or herself is a "Settlement Class Member." The Court authorized this Notice because you have a right to know about the proposed Settlement and your options before the Court decides whether to approve the Settlement. Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

**What is this lawsuit about?** Plaintiffs brought this lawsuit alleging that Chase violated the Telephone Consumer Protection Act, 47 U.S.C. §227, *et seq.* ("TCPA"), by making automated calls and/or sending text message alerts to cell phones without prior permission from the people contacted, including people who were not Chase customers and/or not the person to whom Chase intended to direct the call.

**What are the terms of the Settlement?** Chase will pay the amount of $34,000,000 into a fund, which will cover: (1) cash payments to eligible persons in the Settlement Class who submit timely and valid Claim Forms; (2) a payment of $1,000,000 to the Consumer Federation of America on behalf of persons in the Settlement Class who received Automatic Alerts relating to their own Chase bank or credit card accounts; (3) an award of attorneys' fees and expenses to Class Counsel, in an amount not to exceed $11,000,000, as

1

approved by the Court; (4) service awards to the Class Representatives, in an amount not to exceed $1,500 each, as approved by the Court; and (5) the costs of administering the Settlement. The foregoing is a summary and you should review the Settlement on the Settlement Website at www.GehrichTCPASettlement.com for complete terms.

**Cash payments.** The following persons in the Settlement Class are eligible to submit a Claim Form and receive a cash payment: (1) persons who received Collection Calls relating to a Chase credit card or bank account; and (2) persons who received Automatic Alerts and *were not the intended recipient of the communications.*

Persons in the Settlement Class who only received Automatic Alerts relating to their own Chase credit card or bank accounts are not eligible for a cash payment and thus may not submit a Claim Form. However, they may request to stop receiving Automatic Alerts in the future by logging on to their Chase.com account and managing their current account alerts, by responding "STOP" to any Automatic Alerts, or by visiting a local Chase branch and requesting a change or stop to their Automatic Alerts.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

**Submit a Claim Form.** This is the only way for eligible persons in the Settlement Class to get a cash payment. If eligible, you may submit a Claim Form by going to the Settlement Website at www.GehrichTCPASettlement.com and following the instructions. You may also request a hard copy of the Claim Form by calling the Settlement Administrator toll-free at 1-877-899-2893. Plaintiffs estimate that each eligible Settlement Class Member will receive $20-$40 per claim. This is an estimate only. The final cash payment amount will depend on the total number of valid and timely claims submitted by eligible Settlement Class Members. Your Claim Form must be postmarked by mail and sent to Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112 or received through the Settlement Website by **February 9, 2015**.

**Do nothing and remain a Settlement Class Member.** Unless you exclude yourself, you will be a Settlement Class Member. That means that you can't sue, continue to sue or be part of any other lawsuit against Chase on the TCPA claims, and other related claims, that are subject to the Settlement. It also means that all of the Court's orders will apply to you and legally bind you.

**Exclude yourself.** If you don't want to be a Settlement Class Member, you must exclude yourself from this Settlement. To exclude yourself from the Settlement, you must send a letter by mail saying that you want to be excluded. You must sign the letter and include your full name, address, and all Chase credit card and bank account numbers (unless you do not have and have not had a credit card or bank account with Chase). You must also include the following statement: "I/we request to be excluded from the Settlement in the Gehrich action." **You must mail your signed exclusion request postmarked no later than February 9, 2015** to:

Gehrich TCPA Settlement
c/o GCG
P.O. Box 35112
Seattle, WA 98124-5112

**Object.** If you remain a Settlement Class Member, you may object to the Settlement by writing to the Court and sending copies to counsel postmarked no later than **February 9, 2015**.

Additional details on how to object or exclude yourself from the Settlement are contained in the detailed Notice which is available on the Settlement Website.

**Go to the Final Approval Hearing.** The Court will hold a Final Approval Hearing on **March 19, 2015, at 10:00 a.m.** to decide whether to approve the Settlement, including the amount of attorneys' fees and costs to be paid to Class Counsel and the amount of service awards to be paid to the Class Representatives, as requested. It is not necessary for you to appear at the Final Approval Hearing, but you may attend at your own expense.

Further information regarding the Settlement is available at www.GehrichTCPASettlement.com. You may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to: Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112.

---

The United States District Court for the Northern District of Illinois has ordered this email notice to be sent. If you wish to UNSUBSCRIBE from future email messages from the Claims Administrator with regard to this settlement, please click on this link.

# EXHIBIT B

**Gehrich TCPA Settlement**
**c/o GCG**
**P.O. Box 35112**
**Seattle, WA 98124-5112**

**Return Service Requested**

Claim No:

Control No:

LEGAL NOTICE

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**

*This Notice may affect your legal rights. Please read it carefully.*

**What is this Settlement about?** Plaintiffs allege that Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") violated the Telephone Consumer Protection Act ("TCPA") by making automated telephone calls and sending text messages to cell phones in connection with Chase credit card and bank accounts without the prior express consent of the people contacted. Chase denies these allegations. The parties have reached a settlement (*Gehrich v. Chase USA and JPMC Bank,* Case No. 1:12-CV-5510 (N.D. Ill.)).

**Who is in the Settlement Class?** You are in the Settlement Class if, on or after July 1, 2008 through December 31, 2013, you received to your cell phone, without your consent, automated Collection Calls or Automatic Alerts relating to a Chase credit card or bank account.

**What are the terms of the Settlement?** Chase will pay $34,000,000 for: (1) cash payments to eligible persons in the Settlement Class who submit timely and valid Claims; (2) a payment of $1,000,000 to the Consumer Federation of America; (3) Plaintiffs' attorneys' fees and expenses; (4)

service awards to named Plaintiffs; and (5) settlement administration costs. Plaintiffs estimate that eligible Settlement Class Members will receive a cash award of $20-$40 per claim. You may submit a Claim at www.GehrichTCPASettlement.com or call 1-877-899-2893 to request a paper Claim Form.

**What are my other options?** You may exclude yourself from the Settlement by February 9, 2015 or you will not be able to pursue your claims against Chase in the future. You may object to the Settlement by February 9, 2015. You may appear at the Final Approval Hearing on March 19, 2015, during which the Court will consider whether to approve the Settlement, but you don't have to. You may also do nothing. Claims must be submitted by February 9, 2015.

This Notice is a summary only. Additional information is available at www.GehrichTCPASettlement.com. You may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124–5112.

# EXHIBIT C



PRINCESS KATE'S 'STRESSFUL' PREGNANCY **NEW DETAILS**

OCTOBER 6, 2014

# People

**ONLY IN** People

## JESSA DUGGAR
My Wedding Plans!

## KENDRA'S SHOCKING CHOICE
Why I Haven't Left Hank

$4.99

40>

8 88526 10227 5

**EXCLUSIVE**

# JOAN LUNDEN FIGHTS CANCER

## 'I WILL BEAT THIS'

The beloved former *Good Morning America* host on her inspiring, emotional journey

## LEGAL NOTICE

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**

*THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

**WHAT IS THIS LAWSUIT ABOUT?**

Several consumers ("Plaintiffs") have sued Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") in the United States District Court for the Northern District of Illinois (*Gehrich v. Chase*, Case No. 1:12-CV-5510). Plaintiffs allege that Chase violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA"), by placing automated telephone calls (i.e., using an automatic telephone dialing system and/or an artificial or prerecorded voice) and sending text messages to cell phones, including Collection Calls and Automatic Alerts, in connection with Chase credit card and bank accounts without the prior express consent of the people contacted. Chase denies these allegations.

"Collection Calls," as used here, are automated calls placed to a cell phone in connection with attempts to collect debts relating to a Chase credit card or bank account. "Automatic Alerts," as used here, are automated calls or texts placed to a cell phone that provide account information (but not information sent to confirm or identify suspected fraudulent activity).

**WHO IS A SETTLEMENT CLASS MEMBER?**

You may be part of the Settlement Class if you have received, on or after July 1, 2008 through December 31, 2013: (1) Collection Calls relating to a Chase credit card or bank account; (2) Automatic Alerts and *you were the intended recipient of the call*; or (3) Automatic Alerts and *you were not the intended recipient of the call.*

**WHAT ARE THE TERMS OF THE SETTLEMENT?**

Chase will pay $34,000,000 into a Settlement Fund for: (1) cash payments to eligible Settlement Class Members who submit timely and valid Claim Forms; (2) a payment of $1,000,000 to the Consumer Federation of America; (3) attorneys' fees and expenses of up to $11,000,000 to Class Counsel; (4) service awards to Plaintiffs; and (5) settlement administration costs. Plaintiffs estimate that each eligible Settlement Class Member will receive $20-40 per Claim.

**WHAT ARE MY OPTIONS?**

Persons in the Settlement Class may: (1) submit a Claim Form (if eligible) at www.GehrichTCPASettlement.com or call 1-877-899-2893 to request a paper Claim Form; (2) exclude themselves from the Settlement by February 9, 2015 or they will not be able to pursue their own claims against Chase in the future; (3) object to the Settlement by February 9, 2015; (4) go to the Final Approval Hearing on March 19, 2015; or (5) do Nothing.

This Notice is a summary only. Persons in the Settlement Class may obtain more information at www.GehrichTCPASettlement.com. They may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to: Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112.

**1-877-899-2893**
**www.GehrichTCPASettlement.com**



THE REAL DEAL "This is my story to tell, no one else's. There's not one time I've faked anything, and it's my choice to share it."

**In late June, Kendra was lounging with Hank when she received a devastating phone call.**

We were having a good night and my agent calls, asking, "Is Hank around you right now?" I was playing around, and said no. Hank leaned in, and my agent said, "I want you to know there's this weird rumor going around right now that your husband cheated on you with a transsexual." I just went, "Oh my God. Really? Are you sure it's Hank?" And he said, "They said it's a reality couple and the guy plays football." I was like, "This story cannot be Hank." **Hank's reaction was to deny everything. At first Kendra bought it.** I Googled the story, and then I just asked, "Hank, did anything happen?" He said, "No, are you kidding me? This

is insane!" So I believed him. We totally brushed it aside. Then later I got a call saying the news was about to drop. When a magazine accuses someone of something, they usually have some sort of evidence. So then I thought, "Okay. Now the s----'s getting really real." That's when I lost it. When the news broke, I just flipped. I flipped on Hank, and I just screamed, "Get out of the house!" I had to believe some of it. He's not saying anything, he's just denying it. I have to believe something. But I still don't know.

**As the scandal blew up, Kendra asked Hank to take their son to his parents' home in New Mexico to protect him from the paparazzi. Meanwhile she cared for their daughter alone.**

I had to allow Hank to come back to get



# 40TH ANNIVERSARY
40-PAGE BONUS **DOUBLE** ISSUE

# People

OCTOBER 20, 2014

**Exclusive!**
**ADVICE TO MY YOUNG SELF**
BY MATTHEW, JULIA, DREW & MORE!

*People*
**Taylor Swift** graces *People*'s first issue (March 4, 1974) featuring Mia Farrow on the cover

**BLAKE & RYAN READY FOR BABY!**

**JAIL FOR THE GIUDICES**
**HOW THEIR KIDS ARE COPING**

**WHAT HAPPENED to HANNAH GRAHAM?**
**New Details**

**IN HER OWN WORDS**

# TAYLOR SWIFT
## ON BEING SINGLE & LOVING IT!
'It would take an astonishing human being for me to even consider getting back into a relationship'

$5.99

0 70989 10227 9

4 2>

## LEGAL NOTICE

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**

*THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

**WHAT IS THIS LAWSUIT ABOUT?**

Several consumers ("Plaintiffs") have sued Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") in the United States District Court for the Northern District of Illinois (*Gehrich v. Chase*, Case No. 1:12-CV-5510). Plaintiffs allege that Chase violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA"), by placing automated telephone calls (i.e., using an automatic telephone dialing system and/or an artificial or prerecorded voice) and sending text messages to cell phones, including Collection Calls and Automatic Alerts, in connection with Chase credit card and bank accounts without the prior express consent of the people contacted. Chase denies these allegations.

"Collection Calls," as used here, are automated calls placed to a cell phone in connection with attempts to collect debts relating to a Chase credit card or bank account. "Automatic Alerts," as used here, are automated calls or texts placed to a cell phone that provide account information (but not information sent to confirm or identify suspected fraudulent activity).

**WHO IS A SETTLEMENT CLASS MEMBER?**

You may be part of the Settlement Class if you have received, on or after July 1, 2008 through December 31, 2013: (1) Collection Calls relating to a Chase credit card or bank account; (2) Automatic Alerts and you *were* the intended recipient of the call; or (3) Automatic Alerts and you *were not* the intended recipient of the call.

**WHAT ARE THE TERMS OF THE SETTLEMENT?**

Chase will pay $34,000,000 into a Settlement Fund for: (1) cash payments to eligible Settlement Class Members who submit timely and valid Claim Forms; (2) a payment of $1,000,000 to the Consumer Federation of America; (3) attorneys' fees and expenses of up to $11,000,000 to Class Counsel; (4) service awards to Plaintiffs; and (5) settlement administration costs. Plaintiffs estimate that each eligible Settlement Class Member will receive $20-40 per Claim.

**WHAT ARE MY OPTIONS?**

Persons in the Settlement Class may: (1) submit a Claim Form (if eligible) at www.GehrichTCPASettlement.com or call 1-877-899-2893 to request a paper Claim Form; (2) exclude themselves from the Settlement by February 9, 2015 or they will not be able to pursue their own claims against Chase in the future; (3) object to the Settlement by February 9, 2015; (4) go to the Final Approval Hearing on March 19, 2015; or (5) do Nothing.

This Notice is a summary only. Persons in the Settlement Class may obtain more information at www.GehrichTCPASettlement.com. They may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to: Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112.

**1-877-899-2893**
**www.GehrichTCPASettlement.com**



WHO IS JE MATTHE

before his arrest, announced a "forensic link" between him and Morgan Harrington, a 20-year-old Virginia Tech student murdered in the same area in 2009 (see box). That ignited a firestorm of speculation that Matthew may be linked to other crimes. Authorities confirmed to PEOPLE that investigations into other rapes, murders and missing persons cases, dating back to 2002, are being reviewed. "The arrest

provided a significant break in the case [of Harrington]," Virginia State Police spokeswoman Corinne Geller wrote in a statement. Another police source adds that officers are working off the assumption that a serial predator has been in the area: "We can't and don't ignore anything related to this."

While the families of the missing anxiously await answers, those closest to "LJ" struggle with questions of their own. A former high school star athlete, he worked as a patient technician and volunteered as a football coach at Charlottesville's private Covenant School. "He was a big, happy presence," says friend Sa'idah Rutambika, 32. Still, Matthew has been in trouble before. While attending Liberty University in 2002 he was accused of sexual assault; no charges were brought. And in 2009 Matthew was arrested on charges of misdemeanor assault and battery on Erik Wilke, a Charlottesville attorney whom he reportedly punched in the face in a road-rage incident, then remorsefully drove to the ER for stitches. Says Andre Jerry, a police officer who played football with Matthew at Liberty: "I'm shocked. I never saw LJ as a violent person or someone who would abduct somebody."

Investigators in nearby Campbell County are looking for a connection between Matthew and the murder of



**A Cold Case Connected?**

After waiting five years for any leads in the October 2009 murder of their daughter Morgan, 20, Gil and Dan Harrington said they felt "relief" when police said there was forensic evidence linking their daughter to Matthew. "It's not a celebration, because the cost of it is another young woman who is missing," says Gil, who has often warned others in the area since Morgan's death to be on the lookout for a predator. "All I have left of Morgan is a box of ashes. I'm trying as hard as I can to make people aware Hannah Graham is missing—we need to return her to her family."



Morgan Harrington

# Better Homes and Gardens

NOVEMBER 2014
BHG.COM

## bake it special

**WE LOVE PUMPKIN!**
COOKIES, PIE, CAKE & MORE

**DELISH**
DAZZLING HOLIDAY MAKE-AHEAD FEAST

Chocolate & Pumpkin Swirl Cake

**HOSTING THANKSGIVING?**
25 TIPS TO MAKE IT EASY

## resources

### LEGAL NOTICE

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**

*THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

**WHAT IS THIS LAWSUIT ABOUT?**

Several consumers ("Plaintiffs") have sued Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") in the United States District Court for the Northern District of Illinois (*Gehrich v. Chase*, Case No. 1:12-CV-5510). Plaintiffs allege that Chase violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA"), by placing automated telephone calls (i.e., using an automatic telephone dialing system and/or an artificial or prerecorded voice) and sending text messages to cell phones, including Collection Calls and Automatic Alerts, in connection with Chase credit card and bank accounts without the prior express consent of the people contacted. Chase denies these allegations.

"Collection Calls," as used here, are automated calls placed to a cell phone in connection with attempts to collect debts relating to a Chase credit card or bank account. "Automatic Alerts," as used here, are automated calls or texts placed to a cell phone that provide account information (but not information sent to confirm or identify suspected fraudulent activity).

**WHO IS A SETTLEMENT CLASS MEMBER?**

You may be part of the Settlement Class if you have received, on or after July 1, 2008 through December 31, 2013: (1) Collection Calls relating to a Chase credit card or bank account; (2) Automatic Alerts and *you were the intended recipient of the call*; or (3) Automatic Alerts and *you were not the intended recipient of the call*.

**WHAT ARE THE TERMS OF THE SETTLEMENT?**

Chase will pay $34,000,000 into a Settlement Fund for: (1) cash payments to eligible Settlement Class Members who submit timely and valid Claim Forms; (2) a payment of $1,000,000 to the Consumer Federation of America; (3) attorneys' fees and expenses of up to $11,000,000 to Class Counsel; (4) service awards to Plaintiffs; and (5) settlement administration costs. Plaintiffs estimate that each eligible Settlement Class Member will receive $20-40 per Claim.

**WHAT ARE MY OPTIONS?**

Persons in the Settlement Class may: (1) submit a Claim Form (if eligible) at www.GehrichTCPASettlement.com or call 1-877-899-2893 to request a paper Claim Form; (2) exclude themselves from the Settlement by February 9, 2015 or they will not be able to pursue their own claims against Chase in the future; (3) object to the Settlement by February 9, 2015; (4) go to the Final Approval Hearing on March 19, 2015; or (5) do Nothing.

This Notice is a summary only. Persons in the Settlement Class may obtain more information at www.GehrichTCPASettlement.com. They may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to: Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112.

**1-877-899-2893**
**www.GehrichTCPASettlement.com**

etsy.com, search: love pillow. Round woven tray, white vase—crateandbarrel.com. Rug—Stark; starkcarpet.com. Butler's pantry: wall and counter custom-painted glass—Brooks Custom; brookscustom.com. Kitchen: cabinetry—Angel Custom Woodworking; angelwoodworking .com. Perimeter countertops Carrara marble, island countertop black wenge wood—Brooks Custom; brookscustom .com. Island stools Tiffany in Black—Room & Board; roomandboard.com. Breakfast area: table Tulip by Eero Saarinen for Knoll, chairs Wishbone by Hans J. Wegner for Carl Hansen & Son in Robin's Egg Blue—Design Within Reach; dwr.com. Place mats—Juliska; juliska.com. Bedroom: wallpaper—Given Campbell; givencampbell.com. Bed—Desiron; desiron.com. Bedding and drapery custom—Home Boutique; homeboutique.com. Bedside table—Design Within Reach; dwr.com. Lamp—CB2; cb2.com. Pouf similar items available—Imports From Marrakesh; importsfrommarrakesh.com.

**FREE FLOW, pages 79–85**
Kitchen: paint for upper cabinets, plank walls, island base, and trim White Dove, paint for lower cabinets Kendall Charcoal—benjaminmoore .com. Cabinetry drawers to right of dishwasher—Huntwood Custom Cabinets; huntwood.com. All other cabinetry—original to home. Brass cabinet knobs Mirror Knobs, knobs on island drawers similar items available as Fox and Bunny from the Through The Woods collection—anthropologie .com. Satin nickel drawer pulls, wall sconces 20th Century Factory Filament Reflector Sconce in Aged Steel—restorationhardware.com. Ceiling paint Polished Limestone GLN30-D8 by Glidden, grout for backsplash Polyblend Oyster Gray 386—homedepot.com. Countertops Organic White—CaesarStone US; caesarstoneus.com. Backsplash tile Subway in Arctic White—Daltile; daltile.com. Stain for island countertop Jacobean 2750—Minwax; minwax.com. Wood flooring Berry Hill Natural Hickory—Mohawk; mohawkflooring.com. Sink Whitehaven Short Apron-Front Sink—Kohler; kohler .com. Faucet Opulence Single-Handle Kitchen Faucet with Spray—Danze; danze.com. Range Four-Burner

Gas Range, refrigerator Side-by-Side—Maytag; maytag.com. Range hood Anzio—Zephyr Ventilation; zephyronline.com. Dishwasher—Electrolux Home Products; electroluxappliances.com. Espresso coffee center Impressa S9—Jura-Capresso; capresso.com. Striped runner Catamaran Stripe in Denim and Ivory—Dash & Albert; dashandalbert .com. Rack for drying glasses Wire 3-Tier Glass Drying Rack—worldmarket .com. Window blinds Tropical Isle Basic Bamboo Shades in Bamboo Tortoise—Select Blinds; selectblinds .com. Yellow metal stool, small bowls, utensils—target.com. Gold canister (one of two) in open cabinet, vases—Bad Blanche Collection; 360/779-7788. . Gold canister in open cabinet—Raevyn .Blue Antiques & Collectibles; 360/598-1984. Canisters, pitchers—Modern Mercantile; modernmercantile.net. Pantry: microwave oven Panasonic USA—through Costco; costco.com. Yellow lamp—homegoods.com. Metal shelves and brackets—IKEA; ikea .com/usa.

**I DID IT, page 172**
Cabinet coating Rust-Oleum Cabinet Transformation Kit—Rust-Oleum; rustoleum.com. Island paint Crumb Cookie C20-1—Olympic; olympic.com. Cabinet knobs Fåglavic, pulls similar items available—IKEA; ikea.com/usa. Quartz-surfacing countertops Bianco River—Silestone; silestoneusa .com. Subway tile—lowes.com. Wall paint color Repose Gray SW 7015—sherwin-williams.com. Faucet Lyndhurst Two-Handle Bridge Kitchen Faucet in Oil-Rubbed Bronze by Glacier Bay—homedepot.com. Curtains Threshold Paisley Window Panel in Yellow, altered after purchase to fit window—target.com. Canisters, metal letter J sign—Knitting Mill Antiques; knittingmillantiques.com. Vintage bowls, wire milk crate—Merchants on Main; merchantsonmain.co. Vintage galvanized bins on island shelf—Sophie's; 423/756-8711. Cutting board, tray at range—homegoods.com.

**PLEASE NOTE THE FOLLOWING CORRECTION FROM our SEPTEMBER 2014 ISSUE:**

**GLOBAL WARMING, page 70**
Pillow #1—Autumn Floral Pillow, $59.40; interiorhomescapes.com.



'14 PLAYOFF PREVIEW **MLB** | **NHL** '14–15 SEASON PREVIEW
OCTOBER HEAT: THE BULLPENS RULE   P.36   P.58   L.A. OR CHICAGO: WHO WILL WIN IT ALL?

# Sports Illustrated

OCTOBER 6, 2014
SI.COM
@SINOW

Photographed by
Robert Beck/
Sports Illustrated
at Dodger Stadium
September 23, 2014

# IT'S ON

## CLAYTON KERSHAW & ANZE KOPITAR

**THE DODGERS** HAVE THE PERFECT PITCHER—AND HE WANTS A RING
BY LEE JENKINS P.40

**THE KINGS** HAVE THE PERFECT PLAYER— AND HE WANTS ANOTHER CUP
BY ERIC NUSBAUM

LEGAL NOTICE

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**

*THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

**WHAT IS THIS LAWSUIT ABOUT?**
Several consumers ("Plaintiffs") have sued Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") in the United States District Court for the Northern District of Illinois (*Gehrich v. Chase*, Case No. 1:12-CV-5510). Plaintiffs allege that Chase violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA"), by placing automated telephone calls (i.e., using an automatic telephone dialing system and/or an artificial or prerecorded voice) and sending text messages to cell phones, including Collection Calls and Automatic Alerts, in connection with Chase credit card and bank accounts without the prior express consent of the people contacted. Chase denies these allegations.

"Collection Calls," as used here, are automated calls placed to a cell phone in connection with attempts to collect debts relating to a Chase credit card or bank account. "Automatic Alerts," as used here, are automated calls or texts placed to a cell phone that provide account information (but not information sent to confirm or identify suspected fraudulent activity).

**WHO IS A SETTLEMENT CLASS MEMBER?**
You may be part of the Settlement Class if you have received, on or after July 1, 2008 through December 31, 2013: (1) Collection Calls relating to a Chase credit card or bank account; (2) Automatic Alerts and you *were* the intended recipient of the call; or (3) Automatic Alerts and *you were not the intended recipient of the call.*

**WHAT ARE THE TERMS OF THE SETTLEMENT?**
Chase will pay $34,000,000 into a Settlement Fund for: (1) cash payments to eligible Settlement Class Members who submit timely and valid Claim Forms; (2) a payment of $1,000,000 to the Consumer Federation of America; (3) attorneys' fees and expenses of up to $11,000,000 to Class Counsel; (4) service awards to Plaintiffs; and (5) settlement administration costs. Plaintiffs estimate that each eligible Settlement Class Member will receive $20-40 per Claim.

**WHAT ARE MY OPTIONS?**
Persons in the Settlement Class may: (1) submit a Claim Form (if eligible) at www.GehrichTCPASettlement.com or call 1-877-899-2893 to request a paper Claim Form; (2) exclude themselves from the Settlement by February 9, 2015 or they will not be able to pursue their own claims against Chase in the future; (3) object to the Settlement by February 9, 2015; (4) go to the Final Approval Hearing on March 19, 2015; or (5) do Nothing.

This Notice is a summary only. Persons in the Settlement Class may obtain more information at www.GehrichTCPASettlement.com. They may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to: Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112.

**1-877-899-2893**
**www.GehrichTCPASettlement.com**



NHL PREVIEW 2014-15

# 5 MINUTE GUIDE

ROSS TROPHY
## SIDNEY CROSBY *Penguins* / The 80 games he played last year (when he won the Ross) were his most in a full season since 2009-10. But he doesn't need a full season—if Crosby plays 65 to 70 games, he can score at a pace nobody else can match.

   

| HART TROPHY | NORRIS TROPHY | VEZINA TROPHY | CALDER TROPHY |
|---|---|---|---|
| **PATRICK KANE** | **SHEA WEBER** | **TUUKKA RASK** | **JOHN GIBSON** |
| *Blackhawks* | *Predators* | *Bruins* | *Ducks* |
| His defensive play has improved significantly, and however Chicago chooses to compose its lines, the team has enough skilled forwards to help Kane score more goals and chip in more assists. (He had 29 and 49, respectively, last season.) | He has never been named the league's top defenseman, though he's been the NHL's unofficial gold standard for much of the last decade. He's a physical force with one of the game's best slap shots—he was second on the team with 23 goals last year. He's due. | Boston should be as strong defensively as last year, when Rask played a career-high 58 games and won his first Vezina. Jonathan Quick's Kings aren't a regular-season team; Henrik Lundqvist's Rangers will struggle. Rask is the pick to repeat. | Gibson, 21, has already demonstrated he can excel in the NHL: He played seven games for Anaheim in 2013-14, allowing only 13 goals — (with a .934 save percentage), and had shutouts in both his regular-season and playoff debuts. |



NOW IT GETS REAL

THE ROAD TO THE FIRST
FOOTBALL FINAL FOUR
P. 38

THE SI
BRACKET
P. 43

Sports Illustrated

OCTOBER 13, 2014
SI.COM
@SINOW

# MISSISSIPPI MAYHEM

**More Cowbell! More Katy Perry!**
The Weekend the College Football Universe Exploded
And Left the **MAGNOLIA STATE** at Its Center

BY **PETE THAMEL** AND **ANDY STAPLES** P. 44

PLUS | THE **ROYALS** OR THE
**ORIOLES** ARE HEADED
TO THE WORLD SERIES.
**READ THAT AGAIN!** P. 60

Legal Notice    Legal Notice



Bally Total Fitness gym where he'd already been spending four hours a day. During breaks he and the other employees—a track coach, a yoga instructor and so on—trained together. Nobody wanted to stay late to close the gym at 10 p.m., but Wake always volunteered. "Get the stragglers out," he says, "then I'd have the whole gym to myself. I'd turn the music up and work out for another hour."

In the spring of 2007, two years after Wake graduated from Penn State with a degree in sociology, the call came. That it was the Canadian Football League ringing, not the NFL, didn't matter. The BC Lions were holding a tryout at Howard University, a 25-minute drive away, his agent told him. "This is my shot," Wake thought. "Everything I've been working for."

He showed up early at the school's track, where at first he was unconcerned by the lack of football-type bodies. As the appointed hour grew near, though, he approached some of the people running lazy laps. "Are you with the CFL?" he remembers asking. "They'd look at me like, What the hell are you talking about?" After several phone calls the situation became clear: The tryout was about to begin, but at *Hampton* University, three hours south. Wake's agent—now his former agent—had erred.

"I felt like this was my last opportunity," he says. "That was it. Over one word."

**W**ALLY BUONO, BC's coach, was more forgiving. He and his staff couldn't get Wake's tape (or those combine numbers) out of their minds, and on Memorial Day they extended him an invitation to training camp.

When Wake arrived in Canada, he did so with a name that Penn State fans wouldn't have recognized. Coworkers at Bally's had begun calling him Cameron due to a clerical mix-up, and he let it slide. "It sounds corny," he says, "but it represented a new chapter, a fresh start."

Embracing the second chance, Wake lived as a football monk. He rented a basement apartment for $460 a month and relinquished nearly all of his possessions. He had no computer, no cellphone, no TV. "A carry-on and a roller bag, that was my entire life," he says. He bought a purple-and-black pawn-shop bike for $40 to cover the two miles to and from practice. At night, while

**BETTER LATE THAN NEVER**
After Wake's stopover in sales, his low-to-the-ground explosions in the CFL (where he picked up his first and last shower shoes) convinced Miami to let him "skim the grass" in the pros.



**LEGAL NOTICE**

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**

*THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

**WHAT IS THIS LAWSUIT ABOUT?**
Several consumers ("Plaintiffs") have sued Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") in the United States District Court for the Northern District of Illinois (*Gehrich v. Chase*, Case No. 1:12-CV-5510). Plaintiffs allege that Chase violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA"), by placing automated telephone calls (i.e., using an automatic telephone dialing system and/or an artificial or prerecorded voice) and sending text messages to cell phones, including Collection Calls and Automatic Alerts, in connection with Chase credit card and bank accounts without the prior express consent of the people contacted. Chase denies these allegations.

"Collection Calls," as used here, are automated calls placed to a cell phone in connection with attempts to collect debts relating to a Chase credit card or bank account. "Automatic Alerts," as used here, are automated calls or texts placed to a cell phone that provide account information (but not information sent to confirm or identify suspected fraudulent activity).

**WHO IS A SETTLEMENT CLASS MEMBER?**
You may be part of the Settlement Class if you have received, on or after July 1, 2008 through December 31, 2013: (1) Collection Calls relating to a Chase credit card or bank account; (2) Automatic Alerts and *you were the intended recipient of the call*; or (3) Automatic Alerts and *you were not the intended recipient of the call*.

**WHAT ARE THE TERMS OF THE SETTLEMENT?**
Chase will pay $34,000,000 into a Settlement Fund for: (1) cash payments to eligible Settlement Class Members who submit timely and valid Claim Forms; (2) a payment of $1,000,000 to the Consumer Federation of America; (3) attorneys' fees and expenses of up to $11,000,000 to Class Counsel; (4) service awards to Plaintiffs; and (5) settlement administration costs. Plaintiffs estimate that each eligible Settlement Class Member will receive $20-40 per Claim.

**WHAT ARE MY OPTIONS?**
Persons in the Settlement Class may: (1) submit a Claim Form (if eligible) at www.GehrichTCPASettlement.com or call 1-877-899-2893 to request a paper Claim Form; (2) exclude themselves from the Settlement by February 9, 2015 or they will not be able to pursue their own claims against Chase in the future; (3) object to the Settlement by February 9, 2015; (4) go to the Final Approval Hearing on March 19, 2015; or (5) do Nothing.

This Notice is a summary only. Persons in the Settlement Class may obtain more information at www.GehrichTCPASettlement.com. They may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to: Gehrich TCPA Settlement, c/o ACStis, P.O. Box 35112, Seattle, WA 98124–5112.

**1-877-899-2893**
**www.GehrichTCPASettlement.com**

TOM DIPACE

# EXHIBIT D

**Gretchen Eoff**

| | |
|---|---|
| **From:** | DoNotReply@GehrichTCPASettlement.com |
| **Sent:** | Wednesday, May 06, 2015 3:04 PM |
| **To:** | David Edwards |
| **Subject:** | Notice of Proposed Settlement of Class Action |

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS</u>

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**

| | |
|---|---|
| Your Claim Number: | 5000001 |
| Your Control Number: | 2738373939 |

<u>**Why did I get this Notice?**</u> You received this email notice because a proposed settlement of a class action lawsuit filed against Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") by several consumers ("Plaintiffs") has been reached in the United States District Court for the Northern District of Illinois (*Gehrich v. Chase USA and JPMC Bank, Case No. 1:12-CV-5510*) (the "Settlement").

You may be in the Settlement Class because you may have received, on or after July 1, 2008 through December 31, 2013: (1) Collection Calls relating to a Chase credit card or bank account; (2) Automatic Alerts relating to a Chase credit card or bank account, and you *were the intended recipient of the call*; or (3) Automatic Alerts relating to a Chase credit card or bank account, and you *were not the intended recipient of the call*. As used in this Notice, "Collection Calls" are automated calls placed to a cell phone in connection with attempts to collect debts relating to a Chase credit card or bank account, and "Automatic Alerts" are automated calls or texts placed to a cell phone that provide account information (but not information sent to confirm or identify suspected fraudulent activity).

A person who does not exclude himself or herself is a "Settlement Class Member." The Court authorized this Notice because you have a right to know about the proposed Settlement and your options before the Court decides whether to approve the Settlement. Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

<u>**What is this lawsuit about?**</u>   Plaintiffs brought this lawsuit alleging that Chase violated the Telephone Consumer Protection Act, 47 U.S.C. §227, *et seq*. ("TCPA"), by making automated calls and/or sending text message alerts to cell phones without prior permission from the people contacted, including people who were not Chase customers and/or not the person to whom Chase intended to direct the call.

<u>**What are the terms of the Settlement?**</u>   Chase will pay the amount of $34,000,000 into a fund, which will cover: (1) cash payments to eligible persons in the Settlement Class who submit timely and valid Claim Forms; (2) a payment of $1,000,000 to the Consumer Federation of America on behalf of persons in the Settlement Class who received Automatic Alerts relating to their own Chase bank or credit card accounts; (3) an award of attorneys' fees and expenses to Class Counsel, in an amount not to exceed $11,000,000, as approved by the Court; (4) service awards to the Class Representatives, in an amount not to exceed $1,500 each, as approved by the Court; and (5) the costs of administering the Settlement. The foregoing is a summary

and you should review the Settlement on the Settlement Website at www.GehrichTCPASettlement.com for complete terms.

**Cash payments.**   The following persons in the Settlement Class are eligible to submit a Claim Form and receive a cash payment: (1) persons who received Collection Calls relating to a Chase credit card or bank account; and (2) persons who received Automatic Alerts and *were not the intended recipient of the communications.*

Persons in the Settlement Class who only received Automatic Alerts relating to their own Chase credit card or bank accounts are not eligible for a cash payment and thus may not submit a Claim Form. However, they may request to stop receiving Automatic Alerts in the future by logging on to their Chase.com account and managing their current account alerts, by responding "STOP" to any Automatic Alerts, or by visiting a local Chase branch and requesting a change or stop to their Automatic Alerts.

## YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

**Submit a Claim Form.**   This is the only way for eligible persons in the Settlement Class to get a cash payment. If eligible, you may submit a Claim Form by going to the Settlement Website at www.GehrichTCPASettlement.com and following the instructions. You may also request a hard copy of the Claim Form by calling the Settlement Administrator toll-free at 1-877-899-2893. Plaintiffs estimate that each eligible Settlement Class Member will receive $20-$40 per claim. This is an estimate only. The final cash payment amount will depend on the total number of valid and timely claims submitted by eligible Settlement Class Members. Your Claim Form must be postmarked by mail and sent to Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112 or received through the Settlement Website by **September 10, 2015**.

**Do nothing and remain a Settlement Class Member.**   Unless you exclude yourself, you will be a Settlement Class Member. That means that you can't sue, continue to sue or be part of any other lawsuit against Chase on the TCPA claims, and other related claims, that are subject to the Settlement. It also means that all of the Court's orders will apply to you and legally bind you.

**Exclude yourself.**  If you don't want to be a Settlement Class Member, you must exclude yourself from this Settlement. To exclude yourself from the Settlement, you must send a letter by mail saying that you want to be excluded. You must sign the letter and include your full name, address, and all Chase credit card and bank account numbers (unless you do not have and have not had a credit card or bank account with Chase). You must also include the following statement: "I/we request to be excluded from the Settlement in the Gehrich action." **You must mail your signed exclusion request postmarked no later than September 10, 2015** to:

Gehrich TCPA Settlement
c/o GCG
P.O. Box 35112
Seattle, WA 98124-5112

**Object.**  If you remain a Settlement Class Member, you may object to the Settlement by writing to the Court and sending copies to counsel postmarked no later than **September 10, 2015**.

Additional details on how to object or exclude yourself from the Settlement are contained in the detailed Notice which is available on the Settlement Website.

**Go to the Final Approval Hearing.** The Court will hold a Final Approval Hearing on **October 22, 2015 at 10:00 a.m.** to decide whether to approve the Settlement, including the amount of attorneys' fees and costs to

be paid to Class Counsel and the amount of service awards to be paid to the Class Representatives, as requested. It is not necessary for you to appear at the Final Approval Hearing, but you may attend at your own expense.

Further information regarding the Settlement is available at www.GehrichTCPASettlement.com. You may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to: Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124–5112.

The United States District Court for the Northern District of Illinois has ordered this email notice to be sent. If you wish to UNSUBSCRIBE from future email messages from the Claims Administrator with regard to this settlement, please click on this link.

# EXHIBIT E

**Gehrich TCPA Settlement**
**c/o GCG**
**P.O. Box 35112**
**Seattle, WA  98124-5112**

**Return Service Requested**

Claim No:

Control No:

<u>LEGAL NOTICE</u>

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**

*This Notice may affect your legal rights. Please read it carefully.*

**What is this Settlement about?** Plaintiffs allege that Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") violated the Telephone Consumer Protection Act ("TCPA") by making automated telephone calls and sending text messages to cell phones in connection with Chase credit card and bank accounts without the prior express consent of the people contacted. Chase denies these allegations. The parties have reached a settlement (*Gehrich v. Chase USA and JPMC Bank*, Case No. 1:12-CV-5510 (N.D. Ill.)).

**Who is in the Settlement Class?** You are in the Settlement Class if, on or after July 1, 2008 through December 31, 2013, you received to your cell phone, without your consent, automated Collection Calls or Automatic Alerts relating to a Chase credit card or bank account.

**What are the terms of the Settlement?** Chase will pay $34,000,000 for: (1) cash payments to eligible persons in the Settlement Class who submit timely and valid Claims; (2) a payment of $1,000,000 to the Consumer Federation of America; (3) Plaintiffs' attorneys' fees and expenses; (4) service awards to named Plaintiffs; and (5) settlement administration costs. Plaintiffs estimate that eligible Settlement Class Members will receive a cash award of $20-$40 per claim. You may submit a Claim at www.GehrichTCPASettlement.com or call 1-877-899-2893 to request a paper Claim Form.

**What are my other options?** You may exclude yourself from the Settlement by September 10, 2015 or you will not be able to pursue your claims against Chase in the future. You may object to the Settlement by September 10, 2015. You may appear at the Final Approval Hearing on October 22, 2015, during which the Court will consider whether to approve the Settlement, but you don't have to. You may also do nothing. Claims must be submitted by September 10, 2015.

<u>This Notice is a summary only</u>. Additional information is available at www.GehrichTCPASettlement.com. You may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124–5112.

# EXHIBIT F

## Search Results for "Gehrich TCPA Settlement"

Google

gehrich tcpa settlement

Web  News  Videos  Images  Maps  More ▾  Search tools

About 415 results (0.44 seconds)

Gehrich TCPA Settlement
www.**gehrichtcpasettlement**.com/ ▾
Welcome to the **Gehrich TCPA Settlement** Website ... A proposed settlement of a
class action lawsuit brought against Chase Bank USA, N.A. and JPMorgan ...
Frequently Asked Questions - Court Documents - Contact Us

Frequently Asked Questions - Gehrich TCPA Settlement
www.**gehrichtcpasettlement**.com/faq ▾
**Gehrich TCPA Settlement**. ... Settlement www.GehrichTCPASettlement.com ...
WHAT IF I SAW SOMETHING IN A MAGAZINE ABOUT THIS SETTLEMENT?

Gehrich TCPA Settlement - The Garden City Group, Inc.
https://secure.gcginc.com/jmt/login.aspx
A description for this result is not available because of this site's robots.txt – learn
more.

134 responses to "Chase Bank TCPA Class Action Settlement"
www.classactionrebates.com/**settlements**/chase_**tcpa_settlement**/ ▾
Chase Bank TCPA Class Action Settlement ... You are a Class Member of the Chase
Bank TCPA settlement if you received ... **Gehrich** TCPA Settlemen c/o GCG

Gehrich TCPA Settlement - Everything You Need to Know!!
milestomemories.boardingarea.com › Banks › Chase ▾
Oct 20, 2014 - There is a proposed **Gehrich TCPA Settlement**. Find out what you
may eligible to receive and what you need to do to file a claim.

JPMorgan Chase Bank TCPA Violation Class Action ...
www.classactionsnews.com/**settlements**/jpmorgan-chase-bank-**tcpa**-violati... ▾
JPMorgan Chase Misclassified Employees Class Action Settlement. Eligibility: You are
in the ... **Gehrich TCPA Settlement** Website. Typical Settlement Amount:.

Chase Bank to Pay $34M in TCPA Class Action Lawsuit ...
topclassactions.com/...**settlements**/.../37798-chase-bank-**tcpa**-class-action-... ▾
Aug 27, 2014 - Chase Bank TCPA class action **settlement** will give $20 to $40 to
consumers who ... The Chase Bank TCPA Class Action Lawsuit is **Gehrich** v.

Chase Bank TCPA Class Action Settlement
topclassactions.com/...**settlements**/.../**settlements**/40060-chase-bank-**tcpa**-cl... ▾
Sep 11, 2014 - Claims Administrator. **Gehrich TCPA Settlement** c/o GCG P.O. Box
35112. Seattle, WA 98124-5112 1-877-899-2893 ...

1

## Search Results for "Chase TCPA Settlement"

Google

| chase tcpa settlement |

Web     News     Maps     Shopping     Images     More ▾     Search tools

About 23,500 results (0.24 seconds)

**Gehrich TCPA Settlement**
www.gehrich**tcpasettlement**.com/ ▾
Overview. A proposed **settlement** of a class action lawsuit brought against **Chase**
Bank USA, N.A. and JPMorgan **Chase** Bank, N.A. (collectively, "**Chase**") by ...
Frequently Asked Questions - Court Documents - Contact Us

**Allen v. JPMorgan Chase Bank NA**
www.auto**tcpasettlement**.com/ ▾
The deadline for filing claims in this **settlement** has passed. ... If automated calls were
placed to your cell phone by **Chase's** auto subline of business from ...

**134 responses to "Chase Bank TCPA Class Action Settlement"**
www.classactionrebates.com/**settlements**/chase_tcpa_settlement/ ▾
You are a Class Member of the **Chase** Bank **TCPA settlement** if you received
collection calls or wrong-party automatic alerts. A wrong-party automatic alert refers ...

**Chase Bank TCPA Class Action Settlement**
topclassactions.com/...**settlements**/...**settlements**/40060-**chase**-bank-**tcpa**-cl... ▾
Sep 11, 2014 - You are a Class Member of the Chase Bank TCPA settlement if you,
between July 1, **2008** and Dec. 1, **2013**, received collection calls or wrong-party
automatic alerts.

**Chase Bank Will Pay $34M To End TCPA Class Action ...**
www.law360.com/.../**chase**-bank-will-pay-34m-to-end-**tcpa**-class... ▾   Law360 ▾
Aug 14, 2014 - Chase Bank USA will pay $34 million to settle a class action alleging
it ... and provides substantial relief to the **settlement** class," the order said.

**JPMorgan Chase Bank TCPA Violation Class Action ...**
www.classactionsnews.com/**settlements**/jpmorgan-**chase**-bank-**tcpa**-violati... ▾
Do you qualify for the JPMorgan **Chase** Bank TCPA Violation Class Action
**Settlement**?

**Gehrich TCPA Settlement - The Garden City Group, Inc.**
https://secure.gcginc.com/jmt/login.aspx
A description for this result is not available because of this site's robots.txt – learn
more.

**$10.2M Settlement Reached in JPMorgan Chase TCPA ...**
www.bigclassaction.com/**settlement**/10-2m-**settlement**-reached-in-jpmorg... ▾
May 13, 2015 - Los Angeles, CA: A $10.2 million **settlement** has been agreed
between the plaintiffs in a robocall class action lawsuit and JPMorgan **Chase** ...

## Search Results for "Chase Settlement"

Google     chase settlement

Web    News    Maps    Shopping    Images    More ▾    Search tools

About 28,500,000 results (0.37 seconds)

### Structured Settlement - PeachtreeFinancial.com
Ad www.peachtreefinancial.com/ ▾
Sell All or Part of Your Payments. Get the Cash You Need Sooner!

### Cash for Your Settlement - jgwentworth.com
Ad www.jgwentworth.com/Settlement-Cash ▾
4.3 ★★★★⋆ rating for jgwentworth.com
Sell All or Part of Your Structured Settlement Payments - Get Cash Now!
"Rated A+" – Better Business Bureau
J.G. Wentworth has 195 followers on Google+

### Saccoccio v. JPMorgan Chase Bank, N.A. (Chase ...
www.saccocciosettlementinfo.com/ ▾
There is a proposed settlement with JP Morgan Chase Bank, N.A. (the Chase
Settlement) in a class action lawsuit about alleged unauthorized creation of hazard ...

### Gehrich TCPA Settlement
www.gehrichtcpasettlement.com/ ▾
Overview. A proposed settlement of a class action lawsuit brought against Chase
Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") by ...
Frequently Asked Questions - Court Documents - Contact Us

### Exclusive: JPMorgan to pay over $125 million to settle U.S. ...
www.reuters.com/.../us-jpmorgan-credit-debt-settlement-idUSKC... ▾ Reuters ▾
Jul 8, 2015 - JPMorgan Chase & Co (JPM.N) has agreed to pay at least $125 million
to settle probes by U.S. state and federal authorities that the bank ...

### Chase RMBS Settlement | - Joseph A. Smith, Jr. Monitoring
https://www.jasmithmonitoring.com/chase/ ▾
As part of JPMorgan Chase's $13 billion settlement with the U.S. Department of
Justice and five states (Chase RMBS Settlement), independent Monitor Joseph ...

### Allen v. JPMorgan Chase Bank NA
www.autotcpasettlement.com/ ▾
The deadline for filing claims in this settlement has passed. ... If automated calls were
placed to your cell phone by Chase's auto subline of business from ...

### In Re: Checking Account Overdraft Litigation, 1:09-MD ...
https://chaseoverdraftsettlement.com/ ▾
Settlement information last updated on June 30, 2015. Phase III Distribution: ... If You
Paid Overdraft Fees to JPMorgan Chase, N.A., You May Be Eligible for a ...

### 134 responses to "Chase Bank TCPA Class Action Settlement"
www.classactionrebates.com/settlements/chase_tcpa_settlement/ ▾
You are a Class Member of the Chase Bank TCPA settlement if you received
collection calls or wrong-party automatic alerts. A wrong-party automatic alert refers ...

Ad

Chase I
about.con
3.6 ★★★
Chase La
Over 85 M

Debt Se
www.finan
Up to 60%
Schedule

Chase S
chase-se
Find Chas
Get Resul

Chase A
www.wow
Search for
Look Up C

Chase I
when.com
Explore Cl
Discover N

See your ad

3

# EXHIBIT G

**Home**

**Important Dates**

**Class Notice**

**Claim Form**

**Opt-Out Information**

**Frequently Asked Questions**

**Court Documents**

**Contact Us**

# Gehrich TCPA Settlement

## www.GehrichTCPASettlement.com

## CLAIM FORM

If you are eligible to receive a cash payment from the Gehrich TCPA Settlement, you may proceed below to file a Claim Form.

You will find your Claim Number and Control Number in the top portion of the Settlement Notice you received by email or the front of the Settlement Notice postcard you received by mail. If you do not have your Claim Number and Control Number, you may select the "Login without Claim and Control Number" button below.

Please note the following:

**A COLLECTION CALL** is an automated call placed to a cell phone in connection with attempts to collect debts relating to a Chase credit card or bank account.

**A WRONG-PARTY AUTOMATIC ALERT** is an automated call or text message placed to a cell phone in connection with providing account information (but not information sent to confirm or identify suspected fraudulent activity) relating to a Chase credit card or bank account, where the person who received the communication was not the intended recipient. Wrong-Party Automatic Alerts do not include Collection Calls (defined above).

Per the terms of the Settlement, persons who only received Automatic Alerts relating to their own Chase accounts are not eligible for a cash payment. If you are a Chase account holder and you only received Automatic Alerts but did not receive any Collection Calls or Wrong-Party Automatic Alerts, please DO NOT submit a Claim Form.

| Login with Claim and Control Number | Login without Claim and Control Number |

Click here to download and view a Personalized Claim Form

# EXHIBIT H

GEHRICH TCPA SETTLEMENT
(CASE NO. 1:12-CV-5510)

POTENTIALLY VALID AND TIMELY REQUESTS FOR EXCLUSION
(as of October 4, 2015)

|  | GCG ID NUMBER(S) | NAME | CITY | STATE |
|---|---|---|---|---|
| 1. | 16691446 | Rani Su | Orlando | FL |
| 2. | 4659858 | Jeremiah Mitchum | Cookeville | TN |
| 3. | 2109703 | Tiemoko Coulibaly | Silver Spring | MD |
| 4. | 3059330 | Ruth Durbin | Orlando | FL |
| 5. | 7715823 | Norman Noel | Bronaugh | MO |
| 6. | 1431517 | Rob Fry | Norwalk | CT |
| 7. | 8089079 | Emma Zammett | Lady Lake | FL |
| 8. | 139 | Bon Food Corp | Carlstadt | NJ |
| 9. | 140 | Ethan Phan | Philadelphia | PA |
| 10. | 9478140 | Paul Alito | Round Rock | TX |
| 11. | 6653583 | Francis Russo | San Diego | CA |
| 12. | 8876387 | Amelia Marsan | Scottsdale | AZ |
| 13. | 6933188 | John Elvis Coplantz | Gustine | CA |
| 14. | 7645474 | Andrew Sakallaris | Alexandria | GA |
| 15. | 1467245 | Annie Chu | Rockville | MD |
| 16. | 11650134 | Audrey Grey-Lowry | Plainfield | IL |
| 17. | 8341872 | David Giannelli | Fords | NJ |
| 18. | 8569774 | Luis Rosado | St. Petersburg | FL |
| 19. | 10848375 | Tiffany Connor | Studio City | CA |
| 20. | 11620782 | Elizabeth Gobel Vrabec | Miami | FL |
| 21. | 176 | Lisa Alvarez | Detroit | MI |

| | | | |
|---|---|---|---|
| 22. | 1250139 | David Pierce | Los Angeles | CA |
| 23. | 4915210 | Karen Akosile | Lusby | FL |
| 24. | 7632618 | Jason Salazar | Lockhart | TX |
| 25. | 2999221, 3249550 | Aramis Arjona | Key Largo | FL |
| 26. | 2027211 | Lynn Shore | Taylors | SC |
| 27. | 13362266 | Nancy Susan Marana | Vallejo | CA |
| 28. | 1420646 | Kathy Vermillion | Longview | TX |
| 29. | 1508526 | William Eaton | Vero Beach | FL |
| 30. | 9819748 | M. Kathleen Burnheimer | Florence | OR |
| 31. | 3962222 | Collis Davis | Madison | WI |
| 32. | 7229739 | Michael Otu | Ossining | NY |
| 33. | 11422202 | Maria Isabel Zelaya | La Habra | CA |
| 34. | 14423024 | Serena Jean | Fort Lauderdale | FL |
| 35. | 3243734, 15430637 | Angelica Lopez | Miami | FL |
| 36. | 9962887 | Alejandro Lopez | Miami | FL |
| 37. | 14020719 | James Dale Watkins | Torrance | CA |
| 38. | 6107058 | Keith Radcliffe | Forest Knolls | CA |
| 39. | 10370749 | Julia Spielmann | Maastricht | NL |
| 40. | 14672564 | Ernie Linares | Orlando | FL |
| 41. | 6230785 | Brett Lewis | Denver | CO |
| 42. | 10668173 | Morgan Card | Altamonte Springs | FL |
| 43. | 2638709 | Jessica Brion | Gallupville | TX |
| 44. | 238 | Jane Rhodes | Cave Creek | AZ |
| 45. | 239 | Kenneth Brimhall | Cave Creek | AZ |
| 46. | 9422934 | Teri Martin | Carmine | TX |
| 47. | 16717853 | Richard Baumann | Seattle | WA |

| 48. | 9893485 | Mary Graybill | Canton | OH |
|-----|---------|---------------|--------|-----|
| 49. | 7101627 | Jerry Rozycki | Paradise | CA |
| 50. | 13971973 | Olga Morales | Miami | FL |
| 51. | 248 | Christopher Brearley | Clermont | FL |
| 52. | 16942693 | Jose Fernandez | Brooklyn | NY |
| 53. | 2857099 | Sean Murray | Jackson Heights | NY |
| 54. | 5340020, 6489254, 6633580, 13710737, 16555737 | Elena Mercedes Blanco | Miami | FL |
| 55. | 16167609 | Kim Villholth | Lynstrup | Denmark |
| 56. | 8517347 | Jacqueline Cohen-Baity | Brooklyn | NY |
| 57. | 16740172 | Marilyn Hoogenboom | Macedonia | OH |
| 58. | 1203202, 1210001, 1305590, 5893693 | Robert Stemper | Sunnyside | NY |
| 59. | 3661249 | James Whedbee | Gladstone | MO |
| 60. | 2023110 | Drew Roicki | San Antonio | TX |
| 61. | 80012561, 80012562 | Andree Rusboldt | Fresno | CA |
| 62. | 13136550 | Donald Slocombe | Temple | TX |
| 63. | 7574204 | Jackie Lam | Huntington Beach | CA |
| 64. | 6583542 | Jolene Keith | San Antonio | TX |
| 65. | 10711925 | Angelo John Pereira | Bloomington | IL |
| 66. | 7078087 | Alton Young | Lithonia | GA |
| 67. | 5415408 | Eric Schumann | Clearwater | FL |
| 68. | 280 | R. Ronald and Vicki Weber | Frederick | CO |
| 69. | 281 | Emma Ruiz | Scottsdale | AZ |
| 70. | 3291206 | Denise Shepan | Las Cruces | NM |
| 71. | 1496695 | Lauren Dascher | Santa Cruz | CA |
| 72. | 2668070 | Larry Kopchak | Bishopville | SC |

| 73. | 284 | Esther Loebenstein | Lakewood | NJ |
|-----|-----|--------------------|----------|-----|
| 74. | 10395549 | Delfin Carreon | Barstow | CA |
| 75. | 14924839 | Francesco Magnavita | Allen | TX |
| 76. | 1384404 | Mary Lynn Smith | Jackson | MI |
| 77. | 3128080 | Sarah Eskander | Northville | MI |
| 78. | 2424837 | Janie Curtis | Franklin | TN |
| 79. | 11276631 | Shayni Paul | Bexley | OH |
| 80. | 11332368 | Johnathan Rivera | Zanesville | OH |
| 81. | 6782899 | Lisa Parrish | Peoria | IL |
| 82. | 16284890 | Enrique Cruda | Carrollton | TX |
| 83. | 8386583 | Stephanie Sung | Williston Park | NY |
| 84. | 293 | James Watkins | Sicklerville | NJ |
| 85. | 294 | Joshua Heller | Seminole | FL |
| 86. | 1703528 | Judy Baker | Baltimore | MD |
| 87. | 1364390 | Lisa Horan | Dell Rapids | SD |
| 88. | 2482002 | Rocco Cardillo, Jr. | Greenwich | CT |
| 89. | 3641244 | Eric Light | Danbury | CT |
| 90. | 2062797 | Charlotte Crumley | Glen Burnie | MD |
| 91. | 1126235 | Richard Crumley | Glen Burnie | MD |
| 92. | 1284927 | Myrna Birth | Holdrege | NE |
| 93. | 2834381 | Steven Birney | Middletown | DE |
| 94. | 295 | Hugo Ibanez Morales | Sun Valley | CA |
| 95. | 15778738 | Bianca Acuna | Sylmar | CA |
| 96. | 12491767 | Kristeen Watrous | Elizabethtown | KY |
| 97. | 14579446 | Carol Anderson | Tinley Park | IL |
| 98. | 3033854, 3389590 | Steven Lathrop | Rockville | MD |
| 99. | 2803683, 4525325 | Velva Peterson | Apopka | FL |

| 100. | 1054657 | Jeramie Steinert | Minneapolis | MN |
| 101. | 2586957 | William Bokelmann | Henderson | NV |
| 102. | 4811284 | Dennis Tomlinson | Weslaco | TX |
| 103. | 6687034 | Nathaniel Paine | American Post Office | AE |
| 104. | 15874672 | Katharina Galavics | Vosendorf | AT |
| 105. | 21593396 | Greta J. Scales | Oregon City | OR |

# EXHIBIT I

GEHRICH TCPA SETTLEMENT
(CASE NO. 1:12-CV-5510)

POTENTIALLY INVALID REQUESTS FOR EXCLUSION
(as of October 4, 2015)

|  | GCG ID NUMBER(S) | NAME | CITY | STATE | REASON EXCLUSION POTENTIALLY INVALID |
|---|---|---|---|---|---|
| 1. | 4271374 | Leon Stanislav | Clarksville | TN | Account numbers not provided |
| 2. | 2002223 | Lorraine Nappa | Farmingdale | NY | Name, address, account numbers not provided, not signed |
| 3. | 4919749 | Sandra Haynes | Santa Rosa | CA | Account numbers not provided |
| 4. | 2677806 | Penelope Gladden | Cabot | AR | Account numbers not provided |
| 5. | 6227938 | Laurie Andrews | Woodhaven | MI | Account numbers not provided |
| 6. | 7787393 | Raymond Bertrand | Hot Springs Village | AR | Account numbers not provided |
| 7. | 1634164 | Cynthia Dyson | Highland Springs | VA | Account numbers not provided |
| 8. | 11099161 | Ian Gregory | Carrollton | TX | Not signed, account numbers not provided |
| 9. | 3536156 | Genevieve Marshall | Annapolis | MD | Account numbers not provided |
| 10. | 8467875 | Zhaoran Wang | Bloomington | IN | Account numbers not provided |
| 11. | 13999854 | Robert Gilchriest | Concord | CA | Account numbers not provided |
| 12. | 15333964 | Joseph Oliver | Houston | TX | Not signed, account numbers not provided |
| 13. | 15254612 | Shauna Hemphill | Stockbridge | GA | Account numbers not provided |

1

| 14. | 12873839, 1037331, 1888519 | Julian Denison | Oldwick | NJ | Account numbers not provided |
|---|---|---|---|---|---|
| 15. | 4171745 | Jeremy Pruitt | Gallatin | TN | Account numbers not provided |
| 16. | 10611923 | Carole Selund | Dyer | IN | Account numbers not provided |
| 17. | 15201526 | Armanda De Welde | Estero | FL | Account numbers not provided |
| 18. | 1590370 | Valerie Dewey | Westminster | CO | Account numbers not provided |
| 19. | 1631924 | Alicia Machado | Lynn Haven | FL | Account numbers not provided |
| 20. | 14794044 | Pamela Stewart | Minooka | MN | Account numbers not provided |
| 21. | 7426240 | Rose Burghard | Plainfield | IL | Account numbers not provided |
| 22. | 12334211 | Celia Jaime | Chicago | IL | Account numbers not provided |
| 23. | 6601794, 6918018 | Michael Ramdawar | Corpus Christy | TX | Account numbers not provided |
| 24. | 15881711 | Gabriella S. Vogele | Seattle | WA | Account numbers not provided |
| 25. | 11096919 | Ronald Proszowski | Round Lake Beach | IL | Account numbers not provided |
| 26. | 11638497 | Thomas W. Thomas | Salem | OR | Account numbers not provided |
| 27. | 16025114 | Veronica Pacheco | Brooklyn | NY | Account numbers not provided |
| 28. | 1000592, 4174818 | Susan Stormbaugh | Plymouth | IN | Account numbers not provided |
| 29. | 16875281 | Kathy Sanders | Frisco | TX | Account numbers not provided |
| 30. | 12876754 | Margie Lile | Burleson | TX | Account numbers not provided |

2

| 31. | 11961052 | Tamar Cross | Normal | IL | Account numbers not provided |
| 32. | 10261128 | Pauline Davis | Bremerton | WA | Account numbers not provided |
| 33. | 15516098 | Stacy Family Trust | Groveport | OH | Account numbers not provided, no authorization for signature |
| 34. | 1900500 | Linda Stacy | Groveport | OH | Account numbers not provided |
| 35. | 7300999 | Omar Paz | Cicero | IL | Not signed, insufficient statement, account numbers not provided |
| 36. | 13320350 | Madhu Patalay | Irving | TX | Account numbers not provided |
| 37. | 16528273 | Edgardo Principe | Palm Bay | FL | Insufficient statement, account numbers not provided |
| 38. | 5541830 | Angela Wyss | Cincinnati | OH | Account numbers not provided |
| 39. | 6425243 | Darrel Jones | North Zulch | TX | Insufficient statement, account numbers not provided, case name not listed |
| 40. | 7165485 | Marvin Kalachman | Huntsville | AL | Account numbers not provided |
| 41. | 1471808 | Stuart Burchett | Weatherford | OK | Account numbers not provided |
| 42. | 234 | Andrew Blikken | St. Petersberg | FL | Not signed |
| 43. | 2781864 | Lynette Gryniak | St. Petersberg | FL | Not signed, account numbers not provided |
| 44. | 2152824 | Jo Anne Barnes | Poughkeepsie | NY | Account numbers not provided |

| 45. | 11468555 | Eileen Barnes | Poughkeepsie | NY | Account numbers not provided |
|---|---|---|---|---|---|
| 46. | 1298235 | Patricia Martin | Ocala | FL | Account numbers not provided |
| 47. | 2120870 | Joleen Garcia | Miami | FL | Account numbers not provided |
| 48. | 2488985 | Carolyn Johnson | Desoto | TX | Not signed, account numbers not provided |
| 49. | 12290689 | Elizabeth Chavez | Waco | TX | Not signed, account numbers not provided |
| 50. | 16404285 | Carlos Soto | Chicago | IL | Account numbers not provided |
| 51. | 4409963 | Thirin Has | Stockton | CA | Account numbers not provided |
| 52. | 7167576 | Keru Cai | Westerville | OH | Account numbers not provided |
| 53. | 3372895 | Dolores Cohen | Vincetown | NJ | Not signed, account numbers not provided |
| 54. | 3339922 | Barbara Ploe | Johnstown | CO | Account numbers not provided |
| 55. | 2237010 | Evan Davis | Penn Valley | PA | Account numbers not provided |
| 56. | 15250025 | Abigail Morales | Miami | FL | Account numbers not provided |
| 57. | 15148125 | Donald Dittman | Coarsegold | CA | Account numbers not provided |
| 58. | 13536489 | Eugene Dupree | Sun City | AZ | Account numbers not provided |
| 59. | 2294189, 3363320, 2038932, 4195851 | Edward Skrzynski | Wyandotte | MI | Account numbers not provided |
| 60. | 4389918, 6419927 | Barbara Dingman | Grayslake | IL | Account numbers not provided |

| 61. | 3194916 | Teresa Webb | Tucson | AZ | Account numbers not provided |
| 62. | 1215474 | Ryan Maas | Tampa | FL | Account numbers not provided |
| 63. | 3164920 | John Loyd | Mexico | MO | Account numbers not provided |
| 64. | 2537129, 9102388 | Terry Webb | Tucson | AZ | Account numbers not provided |
| 65. | 1312329 | Michael Davis | Chicago City | MN | Account numbers not provided |
| 66. | 2706993 | Marcy Miller | Albuquerque | NM | Account numbers not provided |
| 67. | 8976719 | Jaclyn Azzarelli | Los Angeles | CA | Account numbers not provided |
| 68. | 14418283 | Clarence Yoon | Langley AFB | VA | Account numbers not provided |
| 69. | 5675393 | Teri Gannarelli | New York | NY | Account numbers not provided |
| 70. | 16323209 | Juliam Jasmin | North Miami | FL | Account numbers not provided |
| 71. | 5785276 | Maribel Diaz Gragirenes | Bayamon | PR | Account numbers not provided |
| 72. | 6737126 | Eric Reitz | Benton Harbor | MI | Account numbers not provided |
| 73. | 10403636 | Morgan Hoover | Indianapolis | IN | Account numbers not provided |
| 74. | 4080706 | Shahida Khan | Elmwood Park | IL | Account numbers not provided |
| 75. | 14301607 | Thao Tran | Rowlett | TX | Not signed |
| 76. | 2787993, 3082331 | Edward Leone | Chinchilla | PA | Account numbers not provided |
| 77. | 4157835, 15505137 | Diana Manton | Seattle | WA | Not signed |
| 78. | 4132461 | John Zieger | Mannington | NJ | Account numbers not provided |

| 79. | 2057868 | Dawn Zieger | Mannington | NJ | Account numbers not provided |
| 80. | 1129363 | Richard Rector | Charlestown | WV | Account numbers not provided |
| 81. | 6028347 | Jueline Feaster | Charlotte | NC | Account numbers not provided |
| 82. | 2626373, 3780182 | Savoskey Jones | Junction City | KS | Account numbers not provided |
| 83. | 13216104 | Marla Edgar | New York | NY | Account numbers not provided |
| 84. | 8622661 | Brittney Giddens | San Antonio | TX | Address information and account numbers not provided |
| 85. | 9579077 | Jacqueline Otwell | Seneca | MO | Account numbers not provided |
| 86. | 23346946 | Stacy L Haslam | Akron | OH | Account numbers not provided |
| 87. | 22012285 | Heriberto Camacho | Homestead | FL | Account numbers not provided, no authorization for signature |
| 88. | 21803742 | Cheryl D. Newman | Houston | TX | Account numbers not provided |
| 89. | 23695572 | Thomas E. Wright | Camas | WA | Account numbers not provided |
| 90. | 22070692 | Sylwester Siatka | Chicago | IL | Account numbers not provided |
| 91. | 23189826 | Antonio Burzotta | Mastic | NY | Account numbers not provided |
| 92. | 20386702 | Deuane F. Lee, Jr. | Arvada | CO | Insufficient statement, account numbers not provided |
| 93. | 18109205 | Christopher Wilson | Edinburgh | UK | Account numbers not provided |
| 94. | 21314474 | Gregoria Sweeting | Tampa | FL | Account numbers not provided, case name not listed |

6

| 95. | 19398799 | Tricia Luedtke | Boiser City | LA | Account numbers not provided |
| 96. | 19452985 | Christina Marie Powderly | Anaheim | CA | Account numbers not provided |
| 97. | 21303277 | Donal Constant | Coral Springs | FL | Account numbers not provided |

# EXHIBIT J

GEHRICH TCPA SETTLEMENT
(CASE NO. 1:12-CV-5510)

UNTIMELY REQUESTS FOR EXCLUSION
(as of October 4, 2015)

| | GCG ID NUMBER(S) | NAME | CITY | STATE | REASON EXCLUSION INVALID | POSTMARK DATE |
|---|---|---|---|---|---|---|
| 1. | 2584806 | Sverre Berg | Black River Falls | WI | Untimely | 2/10/2015 |
| 2. | 8657790 | Debra Rowe | Chicago | IL | Untimely | 2/10/2015 |
| 3. | 1950334, 5999464 | Abdol Moradian | Winter Springs | FL | Untimely | 2/10/2015 |
| 4. | 6540895 | Evelyne Desrouleaux | Miami | FL | Untimely, account number not provided | 2/26/2015 |
| 5. | 3154406 | Darrell Hodge | Newark | DE | Untimely, account number not provided | 5/27/2015 |
| 6. | 2303583 | Juliana A. Williams | Lowell | MA | Untimely, account number not provided | 6/8/2015 |
| 7. | 4530929 | Tunji Jemi-Alade | Houston | TX | Untimely, account number not provided | 6/9/2015 |
| 8. | 2536357 | Laurie L. Epkins | Green Valley | IL | Untimely, account number not provided | 6/10/2015 |
| 9. | 1371994 | Louis F. Albert | Park City | IL | Untimely, account number no provided | 6/13/2015 |
| 10. | 3216382 | Ali Koussan | Dearborn | MI | Untimely, account number not provided | 6/17/2015 |
| 11. | 2495726 | Nathan Kimborowicz | Hingham | MA | Untimely, account number not provided | 6/6/2015 |
| 12. | 4173060, 5169108 | Tina Reganyan | Grananda Hills | CA | Untimely, account number not provided | 6/3/2015 |

1

| 13. | 9205508 | Yader A. Zuniga Quintana | Van Nuys | CA | Untimely, account number not provided | 7/1/2015 |
|---|---|---|---|---|---|---|
| 14. | 2056055 | Alain Capucci | Lehigh Acres | FL | Untimely, account number not provided | 7/3/2015 |
| 15. | 5626993 | Barbara Chiappinelli | Chester | PA | Untimely, account number not provided | 7/7/2015 |
| 16. | 2492438 | Marline Simington | Lawton | OK | Untimely | 7/13/2015 |
| 17. | 552 | Willis Anthony Johnson | Atlanta | GA | Untimely | 7/28/2015 |
| 18. | 16412903 | Celestine Watts | Chicago | IL | Untimely | 7/29/2015 |
| 19. | 15814328 | Keith Randall | Anaheim | CA | Untimely, account number not provided | 8/4/2015 |
| 20. | 7308518 | Dorothy J. Donophin | Dayton | OH | Untimely, account number not provided | 8/17/2015 |
| 21. | 4636523, 4646402, 13537312 | Frank Perry/ Iconic Legends Group | Lake Forest | CA | Untimely, account number not provided | 9/2/2015 |
| 22. | 2423234 | Patricia Abdi | Coral Springs | FL | Untimely | 9/3/2015 |
| 23. | 9677396 | Ricardo E. Weaver | Cincinnati | OH | Untimely | 9/10/2015 |

# EXHIBIT K

Oct 20, 2014

Re: Exclusion from

CHASE v Class Action USA

*(stamp: RECEIVED - SEATTLE OCT 2 4 2014 GARDEN CITY GROUP, INC.)*

Claim: # 6653583
Control: # 3919371510

Francis V, Russo, JR.
1501 INDIA ST, Suite 103
  PMB 45
SAN Diego, CA 92101
757-581-5101
FriarRusso@aol.com
  (VISA)
→ Chase Credit Card: # 4147 2020
    6349 3611, EXP. 05/13, "606"
  I request to be EXCLUDED

from the Settlement in the

Gehrich action

  Francis V, Russo, Jr

To: Gehrich TCPA Settlement
    % GCG
    P.O. Box 35112
    Seattle, WA. 98124-5112

Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008
through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.

| Your Claim Number: | 8653583 |
|---|---|
| Your Control Number: | 3919371510 |

**Why did I get this Notice?** You received this email notice because a proposed settlement of a class action lawsuit filed against Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") by several consumers ("Plaintiffs") has been reached in the United States District Court for the Northern District of Illinois (*Gehrich v. Chase USA and JPMC Bank, Case No. 1:12-CV-5510*) (the "Settlement").

You may be in the Settlement Class because you may have received, on or after July 1, 2008 through December 31, 2013: (1) Collection Calls relating to a Chase credit card or bank account; (2) Automatic Alerts relating to a Chase credit card or bank account, and you *were the intended recipient of the call*; or (3) Automatic Alerts relating to a Chase credit card or bank account, and you *were not the intended recipient of the call*. As used in this Notice, "Collection Calls" are automated calls placed to a cell phone in connection with attempts to collect debts relating to a Chase credit card or bank account, and "Automatic Alerts" are automated calls or texts placed to a cell phone that provide account information (but not information sent to confirm or identify suspected fraudulent activity).

A person who does not exclude himself or herself is a "Settlement Class Member." The Court authorized this Notice because you have a right to know about the proposed Settlement and your options before the Court decides whether to approve the Settlement. Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

**What is this lawsuit about?** Plaintiffs brought this lawsuit alleging that Chase violated the Telephone Consumer Protection Act, 47 U.S.C. §227, *et seq.* ("TCPA"), by making automated calls and/or sending text message alerts to cell phones without prior permission from the people contacted, including people who were not Chase customers and/or not the person to whom Chase intended to direct the call.

**What are the terms of the Settlement?** Chase will pay the amount of $34,000,000 into a fund, which will cover: (1) cash payments to eligible persons in the Settlement Class who submit timely and valid Claim Forms; (2) a payment of $1,000,000 to the Consumer Federation of America on behalf of persons in the Settlement Class who received Automatic Alerts relating to their own Chase bank or credit card accounts; (3) an award of attorneys' fees and expenses to Class Counsel, in an amount not to exceed $11,000,000, as approved by the Court; (4) service awards to the Class Representatives, in an amount not to exceed $1,500 each, as approved by the Court; and (5) the costs of administering the Settlement. The foregoing is a summary and you should review the Settlement on the Settlement Website at www.GehrichTCPASettlement.com for complete terms.

**Cash payments.** The following persons in the Settlement Class are eligible to submit a Claim Form and receive a cash payment: (1) persons who received Collection Calls relating to a Chase credit card or bank account; and (2) persons who received Automatic Alerts and were not the intended recipient of the communications.

Persons in the Settlement Class who only received Automatic Alerts relating to their own Chase credit card or bank accounts are not eligible for a cash payment and thus may not submit a Claim Form. However, they may request to stop receiving Automatic Alerts in the future by logging on to their Chase.com account and managing their current account alerts, by responding "STOP" to any Automatic Alerts, or by visiting a local Chase branch and requesting a change or stop to their Automatic Alerts.

**YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT**

**Submit a Claim Form.** This is the only way for eligible persons in the Settlement Class to get a cash payment. If eligible, you may submit a Claim Form by going to the Settlement Website at www.GehrichTCPASettlement.com and following the instructions. You may also request a hard copy of the Claim Form by calling the Settlement Administrator toll-free at 1-877-899-2893. Plaintiffs estimate that each eligible Settlement Class Member will receive $20-$40 per claim. This is an estimate only. The final cash payment amount will depend on the total number of valid and timely claims submitted by eligible Settlement Class Members. Your Claim Form must be postmarked by mail and sent to Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112 or received through the Settlement Website by February 9, 2015.

**Do nothing and remain a Settlement Class Member.** Unless you exclude yourself, you will be a Settlement Class Member. That means that you can't sue, continue to sue or be part of any other lawsuit against Chase on the TCPA claims, and other related claims, that are subject to this Settlement. It also means that all of the Court's orders will apply to you and legally bind you.

**Exclude yourself.** If you don't want to be a Settlement Class Member, you must exclude yourself from this Settlement. To exclude yourself from the Settlement, you must send a letter by mail saying that you want to be excluded. You must sign the letter and include your full name, address, and all Chase credit card and bank account numbers (unless you do not have and have not had a credit card or bank account with Chase). You must also include the following statement: "I/we request to be excluded from the Settlement in the *Gehrich* action." You must mail your signed exclusion request postmarked no later than February 9, 2015 to:

Gehrich TCPA Settlement
c/o GCG
P.O. Box 35112
Seattle, WA 98124-5112

**Object.** If you remain a Settlement Class Member, you may object to the Settlement by writing to the Court and sending copies to counsel postmarked no later than February 9, 2015.

Additional details on how to object or exclude yourself from the Settlement are contained in the detailed Notice which is available on the Settlement Website.

**Go to the Final Approval Hearing.** The Court will hold a Final Approval Hearing on March 19, 2015, at 10:00 a.m. to decide whether to approve the Settlement, including the amount of attorneys' fees and costs to be paid to Class Counsel and the amount of service awards to be paid to the Class Representatives, as requested. It is not necessary for you to appear at the Final Approval Hearing, but you may attend at your own expense.

Further information regarding the Settlement is available at www.GehrichTCPASettlement.com. You may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to: Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112.

The United States District Court for the Northern District of Illinois has ordered this email notice to be sent. If you wish to UNSUBSCRIBE from future email messages from the Claims Administrator with regard to this settlement, please click on this link.

none

Francis V. Russo, Jr.
1501 India St., Suite 103
PMB 45
San Diego, CA 92101

NPA

Gehrich TCPA Settlement
℅ GCG
P.O. Box 35112
Seattle, WA 98124-5112

Attn: Exclusion from Class Action
Sent: 10.20.14

**Gretchen Eoff**

| | |
|---|---|
| **From:** | joessoft=sbcglobal.net@soft-vision.com on behalf of joessoft <joessoft@sbcglobal.net> |
| **Sent:** | Saturday, October 25, 2014 12:31 AM |
| **To:** | kkliebard@morganlewis.com; jamie.dimon@jpmchase.com |
| **Cc:** | Gehrich TCPA Settlement; twarden@morganlewis.com; lara.flath@skadden.com; mscudder@skadden.com; Rao, Arjun P; Stepanyan, Julieta; Strickland, Julia B. |
| **Subject:** | Re: Notice of Proposed Settlement of Class Action |

To:
James Dimon
Chairman and Chief Executive Officer
JP Morgan Chase
270 Park Avenue, 39th Floor
New York, NY 10017
Phone: 212-270-1111
Fax : 212-270-1121

and various Esq.'s hired by JP Morgan Chase

re:

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS</u>

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**



GREETINGS:
This is an

"Automatic Alert" "Automatic Alert""Automatic Alert""Automatic Alert""Automatic Alert""Automatic Alert"

1



It's Frivolous and Your Sanctioned.
You can take THAT to the bank!

# ALERT:  Our national judicial system is in distress.

After reading as much as I could find about this suit (see notice below my diatribe),  that I,  as an over 66 years on the planet Male American find hard to believe it was "settled" never mind filed;  filed because some idiot complained of receiving  "helpful" Automated Alerts  [reminders] that can be controlled by the idiot in their online Chase "private" area.  Wherefore, I tracked down the children of the parents who had high hopes for their sons and daughters in the profession of barrister(ess) - [ lets throw in some Political Corectness ] to let them know I, who was with Chase for many years find it hard to believe you may let some left wing nitwit screw Chase out of millions.

A message to you lawyers - it's your turn:



**Wherefore this is my note according to the option(s) found I could choose from.**

<u>**Write to the Court about why you believe the Settlement is unfair in any respect.**</u>
--------------------------------------------------- Start -----------------------------------------------------------
Dear Court:

I believe the settlement is unfair as follows:

Frivolous comes to mind as and option. Malicious is another.

1: Frivolous, including out side the wire and across the fence "ridiculous". No, and I mean no reasonable person in their (plaintiff's) place would think that their legal action was legitimate, never mind had a chance of winning. That notice stunned me.

2: Malicious, to me is litigation for a purpose other than simply getting a fair judgment in the proceeding. The animus is apparent. This is not a suit to seek relief from a process that could have been stopped with a mere phone call to chase or within ones online private account area, **it's a fishing expedition for gold.**

3: The court's focus should probably be on whether there was an "actual" harm caused by the Auto Alerts vs., yet another set of plaintiffs will might been unjustly enriched through a settlement of these proportions.

In fine, I object to any settlement that involves outlandish monetary rewards, less the Courts be renamed to the "Civil Lotteries"

I also ask to be removed from and future negotiations, actions or settlements ( with one exception: you want to send me or the court wants to award me a Mercedes Benz ;-) )

Joe Oliver, "GED" - yea I got one!
3321 Rochdale
Houston, TX 77025
713 824-5383 (Cell)
713 662-2301 (Land Line)

and Finally: Dear Court: This unsolicited opinion is being presented to you for free by Morgan-Chase Lawyers. These statements protesting and settlement have been prepared by Joseph Oliver, Pro Se (GED) for informational purposes

only and is not legal advice rendered to these lawyers. This opinion is not intended to create, and receipt of it does not constitute, an attorney-client relationship.

--------------------------------------------------------------- end ---------------------------------------------------------------

Here's a pill for you lawyers - you may need it if you loose this one monetarily.



--
Joe Oliver,(CGE) Certified Gringo Editor
News & Views, Not Politically Correct, No Speil Chicker No Grammatics (Got Gramm A Tic Colla) Not A Yes Man
Houston, TX USA and PROUD of It!

News & Views from The Vast Right Wing Conspiracy
Paid for by Red Necks. Not authorized by any candidate or candidate committee.

In Memory of "Bouncer" - http://www.soft-vision.com/lrrp

In Memory of "Don" - US Army Ranger/Advisor to BDQ http://www.soft-vision.com/ranger

Col. Ted W. Guy, 4-18-29 to 4-23-99 - Never Forgotten
http://www.soft-vision.com/we-remember
http://www.soft-vision.com/hanoi

Col. Gordon "Swede" Larson

4

http://www.soft-vision.com/hanoi/larson

Col. Lou Makowski http://www.soft-vision.com/hanoi/makowski

Working together, we find solutions.
As one, ALL give a forceful voice to people rarely heard.

The Frogs Puddle: http://sealtwo.org
(Come Play in Docs Pond)

Patriot Guard Riders Tribute: http://www.soft-vision.com/pgr

Warriors: These Are My Credentials: http://www.soft-vision.com/warriors

To Report Suspected Wrong doing in VA Programs and Operations
Call the OIG Hotline – (800) 488-8244
http://www.pownetwork.org

Report Suspected Wannabe's
http://fakewarriors.org

We must reserve the right not to tolerate the intolerant tolerant.
Joe Oliver, Houston, TX USA

News and Views neither supports nor endorses submissions to News and Views nor individual positions or opinions, we
do attempt provide somewhat of an OPEN forum, presenting, "within limits", various interesting viewpoints.

Submissions of all positions are encouraged but there is no guarantee your item will be published.

Views expressed are neither recommended nor endorsed by News and Views as a whole or by an individual member.
Personal attacks or disparaging personal remarks "are" at times permitted when dealing with "wannabe's, Balless
Husein Obama, Jane Fonda, Michael Moore, John Kerry or Hillary Clinton, Reid, Pelosi, et al.".

None of the information provided in News & Views should be regarded as legal advice. If you need legal advice, you
should consult an attorney. Persons who need a lawyer or legal advice should contact their local bar association, legal
services program, or legal aid society.

Some of the legal content, particularly in older editions republished may be outdated and should be shephardized or
otherwise verified before using.

If you use any links from News & Views to external web sites NOTE: Linked sites are not under the control of News &
Views nor is News & Views responsible for the contents of any linked site or any link contained in a linked site.

NOTE: In accordance with Title 17 U.S.C. section 107, any copyrighted material herein is distributed without profit or
payment to those who have expressed a prior interest in receiving this information for non- profit research and
educational purposes only.
For more information go to: http://www.law.cornell.edu/uscode/17/107.shtml

On 10/25/2014 12:17 AM, Do Not Reply Gehrich TCPA Settlement wrote:

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**If automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013, this Notice describes your rights and potential benefits from a class action settlement.**

| | |
|---|---|
| Your Claim Number: | 15333964 |
| Your Control Number: | 0754471016 |

**Why did I get this Notice?** You received this email notice because a proposed settlement of a class action lawsuit filed against Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A. (collectively, "Chase") by several consumers ("Plaintiffs") has been reached in the United States District Court for the Northern District of Illinois (*Gehrich v. Chase USA and JPMC Bank, Case No. 1:12-CV-5510*) (the "Settlement").

You may be in the Settlement Class because you may have received, on or after July 1, 2008 through December 31, 2013: (1) Collection Calls relating to a Chase credit card or bank account; (2) Automatic Alerts relating to a Chase credit card or bank account, and you *were the intended recipient of the call*; or (3) Automatic Alerts relating to a Chase credit card or bank account, and you *were not the intended recipient of the call*. As used in this Notice, "Collection Calls" are automated calls placed to a cell phone in connection with attempts to collect debts relating to a Chase credit card or bank account, and "Automatic Alerts" are automated calls or texts placed to a cell phone that provide account information (but not information sent to confirm or identify suspected fraudulent activity).

A person who does not exclude himself or herself is a "Settlement Class Member." The Court authorized this Notice because you have a right to know about the proposed Settlement and your options before the Court decides whether to approve the Settlement. Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

**What is this lawsuit about?** Plaintiffs brought this lawsuit alleging that Chase violated the Telephone Consumer Protection Act, 47 U.S.C. §227, *et seq.* ("TCPA"), by making automated calls and/or sending text message alerts to cell phones without prior permission from the people contacted, including people who were not Chase customers and/or not the person to whom Chase intended to direct the call.

**What are the terms of the Settlement?** Chase will pay the amount of $34,000,000 into a fund, which will cover: (1) cash payments to eligible persons in the Settlement Class who submit timely and valid Claim Forms; (2) a payment of $1,000,000 to the Consumer Federation of America on behalf of persons in the Settlement Class who received Automatic Alerts relating to their own Chase bank or credit card accounts; (3) an award of attorneys' fees and expenses to Class Counsel, in an amount not to exceed $11,000,000, as approved by the Court; (4) service awards to the Class Representatives, in an amount not to exceed $1,500 each, as approved by the Court; and (5) the costs of administering the Settlement. The foregoing is a summary and

you should review the Settlement on the Settlement Website at www.GehrichTCPASettlement.com for complete terms.

**Cash payments.**   The following persons in the Settlement Class are eligible to submit a Claim Form and receive a cash payment: (1) persons who received Collection Calls relating to a Chase credit card or bank account; and (2) persons who received Automatic Alerts and *were not the intended recipient of the communications.*

Persons in the Settlement Class who only received Automatic Alerts relating to their own Chase credit card or bank accounts are not eligible for a cash payment and thus may not submit a Claim Form. However, they may request to stop receiving Automatic Alerts in the future by logging on to their Chase.com account and managing their current account alerts, by responding "STOP" to any Automatic Alerts, or by visiting a local Chase branch and requesting a change or stop to their Automatic Alerts.

### YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

**Submit a Claim Form.**   This is the only way for eligible persons in the Settlement Class to get a cash payment. If eligible, you may submit a Claim Form by going to the Settlement Website at www.GehrichTCPASettlement.com and following the instructions. You may also request a hard copy of the Claim Form by calling the Settlement Administrator toll-free at 1-877-899-2893. Plaintiffs estimate that each eligible Settlement Class Member will receive $20-$40 per claim. This is an estimate only. The final cash payment amount will depend on the total number of valid and timely claims submitted by eligible Settlement Class Members. Your Claim Form must be postmarked by mail and sent to Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112 or received through the Settlement Website by **February 9, 2015**.

**Do nothing and remain a Settlement Class Member.**   Unless you exclude yourself, you will be a Settlement Class Member. That means that you can't sue, continue to sue or be part of any other lawsuit against Chase on the TCPA claims, and other related claims, that are subject to the Settlement. It also means that all of the Court's orders will apply to you and legally bind you.

**Exclude yourself.**   If you don't want to be a Settlement Class Member, you must exclude yourself from this Settlement. To exclude yourself from the Settlement, you must send a letter by mail saying that you want to be excluded. You must sign the letter and include your full name, address, and all Chase credit card and bank account numbers (unless you do not have and have not had a credit card or bank account with Chase). You must also include the following statement: "I/we request to be excluded from the Settlement in the Gehrich action." **You must mail your signed exclusion request postmarked no later than February 9, 2015** to:

Gehrich TCPA Settlement
c/o GCG
P.O. Box 35112
Seattle, WA 98124-5112

**Object.**   If you remain a Settlement Class Member, you may object to the Settlement by writing to the Court and sending copies to counsel postmarked no later than **February 9, 2015**.

Additional details on how to object or exclude yourself from the Settlement are contained in the detailed Notice which is available on the Settlement Website.

**<u>Go to the Final Approval Hearing</u>.** The Court will hold a Final Approval Hearing on **March 19, 2015, at 10:00 a.m.** to decide whether to approve the Settlement, including the amount of attorneys' fees and costs to be paid to Class Counsel and the amount of service awards to be paid to the Class Representatives, as requested. It is not necessary for you to appear at the Final Approval Hearing, but you may attend at your own expense.

Further information regarding the Settlement is available at www.GehrichTCPASettlement.com. You may also contact the Settlement Administrator toll-free at 1-877-899-2893 or by writing to: Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112.

---

The United States District Court for the Northern District of Illinois has ordered this email notice to be sent. If you wish to UNSUBSCRIBE from future email messages from the Claims Administrator with regard to this settlement, please click on this <u>link</u>.

**MARK P. MILLEN**
25 Montgomery Steet • Los Gatos, CA  95030
(408) 399-9707 • (408) 399-9757 fax • E-mail: MPMillen@aol.com

October 30, 2014

Gehrich TCPA Settlement
c/o GCG
P.O. Box 35112
Seattle, WA· 98124-5112
Via U.S. Mail

CaseyGerry
Attorneys at Law
San Diego, CA
Via Facsimile Only (619) 544-9232

Re:    Gehrich v. Chase - No. 1:12-CV-5510; TCPA Case

Dear Settlement Administrator and CaseyGerry:

I received a card, which I assume indicates you have reason to believe I am a class member.

My card claim no. is 01106262 and my control no,. is 2695982864. My cell phone number was (408) 891-6344 during the entire class period, and I did have a Chase credit card during the class period. I have several concerns about the claims process and settlement.

First, I have no memory, one way or the other, as to whether I received one of the qualifying calls or had or didn't have the alert feature that would qualify me as a valid class member.

Despite spending time on the lawsuit telephone hotline, reading documents on the website, carefully reading my card, and trying to fill out the claim form, I still have no idea of how I can determine if I am a class member. If you, or Chase, have any evidence that I am a class member I hereby request you supply it to me so I can make a claim on the basis of some evidence. Asking me to remember one or more calls I received in the past 6 years seems unfair if there is independent evidence that I received the illegal call or calls. I also think the card does not adequately instruct claimants that they need to go to the website and enter their codes.

Second, I believe the service awards to the class representatives are far too low. I believe they should be substantially larger.

Other than these concerns, I am happy with the other settlement terms, and I also approve of the attorney fees. Thank you for helping stop these illegal marketing practices. .

Sincerely,

Mark Millen

SAN JOSE CA 950
31 OCT 2014 PM 4 L



FOREVER

10/31

Mark P. Millen
Attorney at Law
2 North Santa Cruz Ave., Suite #205
Los Gatos, CA 95030
(408) 399-9707 - phone
(408) 399-9757 - facsimile

**Gehrich TCPA Settlement**
**c/o GCG**
**P.O. Box 35112**
**Seattle, WA 98124-5112**

Mark V Yost
1407 Denny Hwy
Saluda, SC 29138
(803) 727-3323

Settlement Administrator
Gehrich TCPA Settlement
Po Box 35112
Seattle, Washington 98124-5112



11/3/14

I am in receipt of the summary notice of settlement that you have sent to me regarding Gehrich v. Chase USA and JPMC Bank. Please be advised that at this time I am seeking the advice of counsel on how to best handle my inclusion or exclusion in this matter.

I was seriously harassed by Chase in regards to my outstanding debt and $20-40 does not seem like nearly enough repayment for the amount of grief, agony and sleepless night I endured due Chase's endless automated calls to my home and cell phone.

Please advise as to where the hearing on March 19, 2015 will be held as I am considering making an appearance.

Thanks,

Mark Yost
(803) 727-3822

Yost
PO Box 735
Saluda SC 29138

9812451 1212

General TCPA Settlement
c/o GCG
PO Box 35112
Seattle, Washington 98124-5112

11/3

# EXHIBIT L

**Gretchen Eoff**

| | |
|---|---|
| **From:** | DoNotReply@GehrichTCPASettlement.com |
| **Sent:** | Wednesday, May 27, 2015 8:38 AM |
| **To:** | David Edwards |
| **Subject:** | Class Action Settlement Reminder - Claim Filing Deadline Extended |

### Submit a Claim Now to Get an Estimated Cash Award of $20 – $40

| | |
|---|---|
| Your Claim Number: | 5000001 |
| Your Control Number: | 2738373939 |

You were previously sent Notice of a Class Action Settlement. You can view the Notice at **www.GehrichTCPASettlement.com.**

**You may be a Settlement Class Member if automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013.**

The deadline to submit a claim has been extended to **September 10, 2015.**

**To receive your share of the Settlement proceeds, you must submit a claim online at www.GehrichTCPASettlement.com/claim or call 1-877-899-2893 to request a paper Claim Form.**

Additional information is available at www.GehrichTCPASettlement.com, by phone toll-free at 1-877-899-2893 or by writing to Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112.

The United States District Court for the Northern District of Illinois has ordered this email notice to be sent. If you wish to UNSUBSCRIBE from future email messages from the Claims Administrator with regard to this settlement, please click on this link.

# EXHIBIT M

**Gehrich TCPA Settlement**
**c/o GCG**
**P.O. Box 35112**
**Seattle, WA  98124-5112**

**Return Service Requested**

Claim No:

Control No:

**You may be entitled to an estimated cash award of $20-$40. See reverse side for details.**

Claim Deadline extended to:  **9/10/2015.**

Read additional information at:
**www.GehrichTCPASettlement.com.**

**Submit a Claim Now to Get an Estimated Cash Award of $20 – $40**

You were previously sent Notice of a Class Action Settlement. You can view the Notice at **www.GehrichTCPASettlement.com.**

**You may be a Settlement Class Member if automated collection calls or account information calls or texts relating to a Chase credit card or bank account were directed to your cell phone from July 1, 2008 through December 31, 2013.**

The deadline to submit a claim has been extended to **September 10, 2015.**

**To receive your share of the Settlement proceeds, you must submit a claim online at www.GehrichTCPASettlement.com/claim or call 1-877-899-2893 to request a paper Claim Form.**

Additional information is available at www.GehrichTCPASettlement.com, by phone toll-free at 1-877-899-2893 or by writing to Gehrich TCPA Settlement, c/o GCG, P.O. Box 35112, Seattle, WA 98124-5112.