**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jonathan I. Gehrich, et al.

                                        Plaintiff,

v.                                                                    Case No.: 1:12–cv–05510
                                                                      Honorable Gary Feinerman

Chase Bank USA, N.A., et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 2, 2016:

        MINUTE entry before the Honorable Gary Feinerman:For the reasons and to the extent set forth in the accompanying Memorandum Opinion and Order, Plaintiffs' motion to certify class [168] is granted; Class Counsel's motion for attorney fees and service awards [186] is granted in part and denied in part; and Plaintiffs' motion for final approval [198] is granted in part and denied in part. The $34 million common fund shall be distributed as follows as follows: (1) Collection Call Subclass Member claims in the amount of $21,531,656.39; (2) a dedicated cy pres distribution of $50,000 to the Consumer Federation of America; (3) settlement administration expenses of approximately $5,152,929.51; (4) court–approved incentive awards to the five class representatives in the amount of $1,500 each ($7,500 total); and (5) court–approved attorney fees and costs of $7,257,914.10. Objector, Tamiqueca J. Johnson D'Oyle's motion for approval of incentive award in connection with objection and for an award of attorney's fees and costs [235] is denied without prejudice to renewal for failure to comply with Local Rule 5.3(b). Status hearing set for 3/9/2016 [236] is stricken Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.