UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHASE BANK USA, N.A., and JPMORGAN CHASE BANK, N.A., <br><br> Defendants. | NO. 1:12-CV-5510 <br><br> Honorable Gary Feinerman |

**NOTICE OF APPEAL**

Notice is hereby given that Class Member/Objector Kristina Lopez appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order (Doc. No. 241) entered in this action on March 2, 2016 and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, including any entered or signed subsequent to this notice of appeal.

DATED: March 22, 2016                        Respectfully submitted,

*/s/ C. Jeffrey Thut*
C. Jeffrey Thut
Noonan, Perillo & Thut
25 N. County Street
Waukegan, IL 60085
Telephone: (847) 244-0111
Facsimile: (847) 244-0513
Email: jthut@npt-law.com

Attorneys for Objector/Class Member

**CERTIFICATE OF SERVICE**

The undersigned certifies that today he filed the foregoing reply Notice of Appeal on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED:  March 22, 2016

>/s/ *C. Jeffrey Thut*
>C. Jeffrey Thut