UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE, and CARRIE COUSER, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 1:12-cv-5510 ) |
| -vs- | ) Judge Gary Feinerman ) |
| CHASE USA, N.A., and JP MORGAN CHASE BANK, N.A., | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Comes now Class Member/Objector Steve Purgahn, by and through counsel, and hereby gives notice of his appeal of this Court's Memorandum Opinion and Order [Doc. # 241] dated March 2, 2016 to the United States Court of Appeals for the Seventh Circuit.

Respectfully submitted,

LAW OFFICE OF JONATHAN E. FORTMAN, LLC

_____/s/ Jonathan E. Fortman_____
Jonathan E. Fortman (MO Bar No. 40319)
250 St. Catherine Street
Florissant, Missouri 63031
(314) 522-2312
(314) 524-1519 Fax
jef@fortmanlaw.com



Steve A. Miller
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
(303) 892-9933
(303) 892-8925 Fax
sampc01@gmail.com


John C. Kress
The Kress Law Firm, LLC
4247 S. Grand Blvd
St. Louis, MO 63111
(314) 631-3883
(314) 332-1534 Fax
jckress@thekresslawfirm.com

Attorneys for Objector Steve Purgahn


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing has been served upon all parties this 31st day of March, 2016 via the court's electronic filing system.

    ____/s/ Jonathan E. Fortman_____