# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE, and CARRIE COUSER, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br>v.<br>CHASE USA, N.A., and JPMORGAN CHASE BANK, N.A.,<br>　　　　　　Defendants. | No. 1:12-CV-5510 (N.D. Ill.)<br>Hon. Gary Feinerman |

## NOTICE OF APPEAL

Objector David Schlagel hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Memorandum Opinion and Order (Document #241) entered on March 2, 2016.

> Respectfully submitted,
> David Schlagel,
> By his attorney,
>
> */s/ John J Pentz*
> John J. Pentz
> 19 Widow Rites Lane
> Sudbury, MA 01776
> Phone: (978) 261-5725
> jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the ND IL on April 1, 2016, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                                  */s/ John J. Pentz*
                                                  John J. Pentz