UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE BANK USA, N.A. and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. 1:12-CV-5510<br><br>Honorable Gary Feinerman |

## NOTICE OF MOTION

To:  ECF Counsel of Record, and Service List Contained in Motion

You are hereby notified that Objector, Tamiqueca J. Johnson D'Oyley has filed a Motion to Enjoin Objector Appellants from Voluntarily Dismissing Their Appeals Absent Compliance with Federal Rule of Civil Procedure 23(E)(5). Objector's counsel will appear on **August 23, 2016 at 9:00 a.m.**, in front of Judge Gary Feinerman in Courtroom 2125 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, to present such motion to the Court.

Plaintiffs' counsel has agreed to the noticing of such motion on the referenced date.

RESPECTFULLY SUBMITTED AND DATED this 11th day of August 2016.

        **GPG LAW**

        By:/s/ Christopher J. Perez-Gurri, *Admitted Pro Hac Vice*
        Christopher J. Perez-Gurri, *Admitted Pro Hac Vice*
        Email: chris@gpglawfirm.com
        Alan G. Geffin, *Admitted Pro Hac Vice*
        Email: alan@gpglawfirm.com
        101 NE 3rd Avenue, Suite 1110
        Fort Lauderdale, FL 33301
        Telephone: (954) 533-5530
        Facsimile: (954) 374-6588

        Daniel S. Samson
        Email: dan@samsonappellatelaw.com
        SAMSON APPELLATE LAW
        201 S. Biscayne Blvd. #2700
        Miami, Florida 33131
        Telephone: (305)341-3055
        Facsimile: (305)379-3428

## CERTIFICATE OF SERVICE

I, Christopher J. Perez-Gurri, hereby certify that on August 11th, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties.

**GPG LAW**

By: <u>/s/ Christopher J. Perez-Gurri, *Admitted Pro Hac Vice*</u>
Christopher J. Perez-Gurri, *Admitted Pro Hac Vice*
Email: chris@gpglawfirm.com
Alan G. Geffin, *Admitted Pro Hac Vice*
Email: alan@gpglawfirm.com
101 NE 3rd Avenue, Suite 1110
Fort Lauderdale, FL 33301
Telephone: (954) 533-5530
Facsimile: (954) 374-6588