UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN I. GEHRICH, ROBERT LUND, COREY GOLDSTEIN, PAUL STEMPLE and CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>CHASE BANK USA, N.A. and JPMORGAN CHASE BANK, N.A.,<br><br>       Defendants. | CASE NO. 1:12-CV-5510<br><br>Honorable Gary Feinerman |

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO ENJOIN OBJECTOR-APPELLANTS FROM VOLUNTARILLY DISMISSING THEIR APPEALS ABSENT COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 23(E)(5)**

Objector D'Oyley, by and through its undersigned counsel, hereby files its Notice of Filing Supplemental Authority in support of   MOTION TO ENJOIN OBJECTOR-APPELLANTS FROM VOLUNTARILLY DISMISSING THEIR APPEALS ABSENT COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 23(E)(5), and files the following;

1. FITZPATRICK, BRIAN T, *The End of Objector Blackmail?*, 62:6 Vanderbilt L. Rev. 1623, 1652-66 (2008); http://ssrn.com/abstract=1269037 (Mr. Fitzpatrick proposes a market-based approach to objector appeals, contending that cost bonds are ineffective and counter-productive; the article proposes preventing objector settlements on appeal, and

thereby incentivizing meritorious objections while reducing unmeritorious objector appeals)

2. *SAFECO Ins. Co. of America, et al v. American Int'l Group, Inc., et al.*, 710 F.3d 754 (7th Cir. 2013) (majority opinion declines to review objector settlement on appeal; opinion does not directly address district court enjoinment of objector appellant dismissals except to hold that text of Rule 23(e) does not require same of appellate court; in dissent, Posner, J., writes that court review of objector-appellant voluntary dismissals would be best practice).

RESPECTFULLY SUBMITTED AND DATED this 23rd day of August, 2016.

By: /s/ Daniel M. Samson, *Admitted Pro Hac Vice*
Daniel M. Samson, *Admitted Pro Hac Vice*
Email: dan@samsonappellatelaw.com
SAMSON APPELLATE LAW
201 S. Biscayne Blvd. #2700
Miami, Florida 33131
Telephone: (305)341-3055
Facsimile: (305)379-3428

Christopher J. Perez-Gurri, *Admitted Pro Hac Vice*
Email: chris@gpglawfirm.com
Alan G. Geffin, *Admitted Pro Hac Vice*
Email: alan@gpglawfirm.com
GPG Law
101 NE 3rd Avenue, Suite 1110
Fort Lauderdale, FL 33301
Telephone: (954) 533-5530
Facsimile: (954) 374-6588

## CERTIFICATE OF SERVICE

I, Daniel M. Samson, hereby certify that on August 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties.

By: /s/ Daniel M. Samson, *Admitted Pro Hac Vice*
Daniel M. Samson, *Admitted Pro Hac Vice*
Email: dan@samsonappellatelaw.com
SAMSON APPELLATE LAW
201 S. Biscayne Blvd. #2700
Miami, Florida 33131
Telephone: (305)341-3055
Facsimile: (305)379-3428