# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Jonathan I. Gehrich, et al.

          Plaintiff,

v.                  Case No.: 1:12–cv–05510
                 Honorable Gary Feinerman

Chase Bank USA, N.A., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 23, 2016:

  MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held. For the reasons stated on the record, Plaintiffs' renewed motion for appeal bond [275] is granted. The Objector–Appellants shall post a bond, jointly and severally, in the amount of $5000.00. For the reasons stated on the record, Objector D'Oyley's motion to enjoin objector–appellants from voluntarily dismissing their appeals absent compliance with Rule 23(e)(5) is denied.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.