# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 20, 2016

*By the Court:*

| | |
|---|---|
| Nos. 16-1643, 16-1705, 16-1715 and 16-2791 | JONATHAN I. GEHRICH, et al., <br> Plaintiffs - Appellees <br><br> and <br><br> CHASE BANK USA, N.A., et al., <br> Defendants - Appellees <br><br> APPEAL OF: KRISTINA LOPEZ, STEVE PURGAHN, DAVID SCHLAGEL and TAMIQUECA DOYLEY |
| **Originating Case Information:** ||
| District Court No: 1:12-cv-05510 <br> Northern District of Illinois, Eastern Division <br> District Judge Gary Feinerman ||

The following are before the court:

1. **APPELLANT KRISTINA LOPEZ'S UNOPPOSED MOTION TO DISMISS APPEAL**, filed on October 20, 2016, by counsel for the appellant Krintina Lopez.

2. **MOTION TO DISMISS APPEAL WITH PREJUDICE**, filed on October 20, 2016, by counsel for appellant Steve Purgahn.

3. **MOTION TO DISMISS APPEAL**, filed on October 20, 2016, by counsel for appellant Dvid Schlagel.

4. **TAMIQUECA J. JOHNSON DOYLEY'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.A.P. 42(B)**, filed on October 20, 2016, by counsel for appellant Tamiqueca Doyley.

**IT IS ORDERED** that these appeals are voluntarily **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit